E-FILED
Thursday, 17 February, 2011 05:09:57 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 17 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

RICHARD M. SMEGO,
Plaintiff,

-VS-

CAROL ADAMS et al.,
Defendants.

Case No: 08-3142
The Honorable Judge
Harlod A. Baker, Presiding

**PLAINTIFF'S MOTION FOR AN ORDER FOR A TEMPORARY RESTRAINING ORDER UNDER RULE 65(b) OF CIVIL PROCEDURE.**

**NOW COMES** the Plaintiff, RICHARD M. SMEGO, Pro se and for himself with his Motion for a Temporary Restraining order, in support of this Motion Plaintiff further states as follows.

1) On the record before the Court is the fact that this Plaintiff filed a Civil Rights Complaint for the continuing deliberate indifference to his serious Medical needs in the form of Dental care.

2) Plaintiff petitioned the Court in part due to the fact Painful cavities identified for repairs in December of 2005 had still not received any medical attention in June of 2008. In December of 2010 This Court issued an Order directing Defendant Mitchell to file a Supplemental Motion for Summary Judgment addressing in part why teeth 4,5,9,10,28,20, and 21, have not received any treatment to date to repair the cavities recorded in December of 2005.

3) In addition to these teeth Defendant Mitchell, on the record Identified teeth 7, and 8 are currently in state of decay on October 24, 2010 bringing the number of decayed teeth to 8, and still took no action to correct the problems, decaying teeth, or assist this Plaintiff with his pain and suffering.

4) In the Courts Order of December 3, 2010 in which Defendant Mitchell was directed to file another, or Supplemental Motion for Summary Judgment, The Court Identified the fact that Defendant Mitchell agreed that Plaintiff's Dental needs were in fact serious medical Issues.

5) This Plaintiff has made staff aware that he is in pain and Constant pain on a daily basis. This would include of Course Dr. Bednarz, The Facilities Medical Director and this Plaintiff has not received any medical attention for his Dental treatment in any effort to correct the issues causing him constant pain. Nor has there been anything done about the decay and other serious ongoing issues with this Plaintiffs teeth.

6) This Plaintiff is in fact at risk for Immediate and irreparable injury, loss, and is in fact being harmed on a daily basis sustaining both physical and emotional Pain and Suffer and injury as it relates to Plaintiff'S Pain and suffering.

7) The Defendant did in fact inform this Plaintiff that in order for him to get his teeth fixed I needed to withdraw My Complaint, Plaintiff finds this offer completely unrealistic as Defendant Mitchell has never kept or honored an appointment in five years making any and all promises by Dr. Mitchell beyond suspect to this Plaintiff.

8) Defendant Mitchell, and this facility have repeatedly demonstrated on the record that they have no interest in helping Plaintiff with his constant daily pain, or to correct the Decay and rotting teeth in this Plaintiffs Mouth.

9) Defendant Mitchell made this perfectly clear on October 24, 2010 where she Performed an "annual Exam" of this Plaintiff.

10) During this "annual Exam" that was 14 months over due, Defendant Mitchell added 2 cavities, that she was aware of the fact are painful, to the list of already identified Teeth needing repairs for over five year. There is nothing in the actions and behaviors of this Defendant or this Facility that would cause any reasonable person to believe relief and treatment for My serious Medical need is forth Coming.

11) The Appointment Defendant Mitchell claims to have scheduled for March is to little to late, and I pray that this Court will take into consideration that Defendant Dr. Jacqueline Mitchell has never kept any appointment made with this defendant. Although Plaintiff has been seen from time to time, it has never been on the date scheduled by this Defendant.

12) This Plaintiff is in a condition were he is suffering actual injury in the form Physical and emotional Pain and Suffering. Plaintiff now has at least eight (8) identified cavities and has pain and the taste of decay in his mouth that is so intense He believes and is convinced that he will be loosing even more permanent teeth. Dental Decay is a serious Medical issue and can cause serious life threatening infections, destroy Heart Valves, and lead to the Death of the Patient if left untreated.

13) Answering the question of how fast your teeth will decay is like attempting to predict how fast your car will rust. That being said, Every adult involved with this case can tell that based on their real life experiences, five (5) years is to long a delay and that in that Five (5) years this plaintiffs decay and cavities has worsened and spread causing other concerns and issues.

14) This Plaintiff is suffering ongoing harm and as such I am requesting that This Honorable Court issues a Temporary Injunction preventing the deliberate and continued delays for treatment and the lack of Dental Treatment by issuing an Order requiring that an appointment be made and that this Plaitiff is taken on a Medical Writ to have his teeth fixed by a qualified Dentist.

15) This facility has and does send residents out for dental care. The facts in this case demonstrate that this Plaintiff is in fact continuing to suffer as even the Defendants own medical records indicate cavities and decay and has failed to act knowing these conditions exists, and that this Plaintiff is in pain.

16) The burden or potential harm to this facility in any way including that of financial burden is far out weighed by the ongoing harm being done to this plaintiff on a daily basis, including the constant pain endured by this condition.

17) It is plaintiff's assertion that Defendant Mitchell, as does this facility has a vested interest in not providing this Plaintiff with reasonable dental care at this time as such an action would require the creation of Medical records that would detail the condition of plaintiff's teeth. It is a reasonable assertion to make that this defendant hopes to avoid giving treatment until such time as she is not being sued. This explanation would further explain Defendant Mitchell's offer of having me drop my law suit and she would fix all of plaintiff's teeth within two weeks. Plaintiff rejected this offer based on the facts stated earlier of Defendant Mitchell never kept an appointment or promise.

18) This Plaintiff is assigned a task in the Health care unit and complains almost daily without any relief at all.

19) Plaintiff has been consuming Pain medication 4 times a day for over 1 year and these medications are no longer enough to offset ease, or control this plaintiff's pain.

20) At time of trial, this Plaintiff finds it likely and reasonable that a trior of facts could render a decision in his favor finding going more than five years without treatment for painful cavities is simply wrong and at this point an act of deliberate indifference. On the record the Defendants in this case have all known of this condition from at least the time this suit was filed in 2008, at time of deposition, with each instrument filed, an by Defendant Mitchell own inspection of plaintiff and these records.

21) At this point the only step taken by these defendants have been to protect Defendant Mitchell from harm such as her request that security prevents me from entering the dental department.

**WHEREFORE,** this Plaintiff RICHARD M. SMEGO, Pro se, respectfully Requests and Prays that this Honorable Court will issue a Temporary Restraining Order preventing the continued denial of Medical treatment for Plaintiff's Serious and Painful dental needs, that pursuant to Rule 65(b) of Federal Civil Rules and Procedures This Honorable Court without the written or oral notice to the adverse party review this request for an Order and render a decision based on the merits of this Motion avoiding further delays by the adverse party filing responses and additional affidavits supporting their claims, and that this Order requires that this Plaintiff be scheduled for a medical writ and taken to a Dental Care Professional to have his serious needs met, and for any further relief that this Honorable Court finds Just, Fit and Equitable.

Respectfully Submitted:

By: ______________________
Richard M. Smego, Plaintiff

Richard M. Smego
Illinois Department of Human Services
Treatment & Detention Facility
1680 East County farm Road
Rushville, Illinois 62681

**NOTICE OF FILING AND PROOF OF SERVICE**

I, Richard M. Smego, Hereby certify that on February 14, 2011 I caused the attached Motion to be filed by placing it in the U.S. Mail Box Provided for my use at the Rushville Treatment & Detention Facility properly addressed to the Clerk of the U.S. District Court Pamela E. Robinson, 600 E. Monroe Room 151, Springfield, Illinois 62701, To:

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
P.O. Box 1687
Springfield, Illinois 62705-1687

Ryan A. Nelson
Assistant Attorney General
500 South Second Street
Springfield, Illinois, 62706

Brian P. Gainer &
Juanita B. Rodriguez
33 West Monroe street, suite 2700
Chicago, Illinois 60603-5404

Robert P. Vogt
Weldon Linne & Vogt
105 West Madison Street, suite 1400
Chicago, Illinois 60602

Respectfully submitted

By: ______________________
Richard M. Smego, Plaintiff

Mr. Richard M. Smego
Illinois Dept of Human Services
Treatment & Detention facility
1680 East County Farm Road
Rushville, Illinois 62681

MEMORANDUM TO PLAINTIFF'S EXHIBIT A

Plaintiff has just received the most recent copies of his Medical/dental Records on the date of February 9, 2011. Within these documents, a chart, just as has been submitted to the Court indicates teeth in question, that have not been serviced, are at still need for treatment and service. All under Services Planned.

The original record provided to the Court, dated for 2005, shows that teeth Numbers 9, 10, 18, 20, 21 were scheduled for service. The most recent record, provided to this Plaintiff, shows teeth Numbers 9, 10, 18, 20,21 still have not been serviced.

Other teeth that have been slated for service upon the original date have not been completed as well. Page One of this Exhibit A is the original (copied) form filed out showing the teeth initially diagnosed upon initial examination. This form was filled out in December of 2005.

Moving forward to Page 2 of Exhibit A, which this PLaintiff recieved this record in November of 2009, the same teeth Numbers 9, 10, 18, 20, 21 still have not been serviced. This is a gap in time of at least four years to this Plaintiff.

In the last page of this Exhibit, page three, which is to have been created in October of 2010 still shows the teeth in question have not been serviced. A period of over sixty-three (63) months have elapsed and nothing has been done. All of these show there has never been any intention by Defendant to take care of the teeth originally diagnosed by the Defendant for a period to exceed Five (5) years.

LAST NAME: Smego FIRST NAME: Richard

RESPONSIBLE PARTY

SOCIAL SECURITY NUMBER

EMPLOYER

HOME PHONE

PHONE

CELL PHONE

NAME OF PHYSICIAN

HOME ADDRESS

ADDRESS

E-MAIL

PHONE

REFERRED BY

MARITAL STATUS S M D W

DATE OF BIRTH

DATE OF EXAM

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Cap

Cap Plenty

A B C D E F G H I J

T S R Q P O N M L K

| TOOTH | MOLD UPPER | LOWER | UPPER |
|---|---|---|---|
| CENT | | | |
| LAT | | | |
| CUSP | | | |
| POST | | | |

HYGIENE

DEPOSITS

PERIDONT

PLAINTIFF'S EXHIBIT

A Pg 1/3

Created in 2005

PENGAD 800-631-6989

CHIEF COMPLAINT: Few Cavities

WHEN WAS LAST DENTAL VISIT: PROPH RESTORE EXTR

OTHER TREATMENT

GENL PHYSICAL CONDITION: Good

UNDER PHYSICIAN'S CARE NOW: No WHOM

NATURE OF TREATMENT

PREVIOUS HISTORY OF BLEEDING: No REACTION TO ANESTHETIC: No

CHRONIC AILMENTS: BLOOD PRESSURE No ALLERGIES PCN Motrin

ANEMIA ~~No~~ Yes HEPATITIS (TYPE) No HIV POSITIVE No

NERVOUSNESS No HEART No DIABETES No

HEADACHES Dull RHEUMATIC FEVER ~~Yes~~ No SINUS No

TB No OTHER ↓RBC counts Yes

DO YOU HAVE A PERSISTENT COUGH OR THROAT CLEARING NOT ASSOCIATED WITH A KNOWN ILLNESS (LASTING MORE THAN 3 WEEKS)? YES (NO)

HAVE YOU EVER TAKEN FEN-PHEN/REDUX? YES (NO)

DENTURES: UPPER TYPE HOW LONG

LOWER TYPE HOW LONG

PARTIALS: UPPER TYPE HOW LONG

LOWER TYPE HOW LONG

X-RAYS: FMX 3 2005 BW AREA

DIAGNOSTIC CASTS: AGE

PHOTOS BEFORE AFTER

OCCLUSION ABNORMALITIES

GENERAL CONDITION OF TEETH AND GUMS:

| DATE | TOOTH | SERVICE PLANNED | EST 1 | EST 2 |
|---|---|---|---|---|
| | 2 | B | | |
| | 6 | M comp | | |
| | 7 | D comp | | |
| | 8 | M comp | | |
| | 8 | D comp | | |
| | 9 | M | | |
| | 9 | D | | |
| | 10 | M | | |
| | 18 | B | | |
| | 20 | O | | |
| | 21 | O | | |
| | 31 | B | | |

140-152

LAST NAME: Smego
FIRST NAME: Richard
RESPONSIBLE PARTY
HOME PHONE
HOME ADDRESS
MARITAL STATUS: S M D W C
DATE OF BIRTH
PHONE
ADDRESS
CELL PHONE
E-MAIL
SOCIAL SECURITY NUMBER
EMPLOYER
NAME OF PHYSICIAN
PHONE
REFERRED BY

PLAINTIFF'S EXHIBIT
A Pg 2/3
Recieved
Nov. 2009
PENGAD 800-631-6989

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

A B C D E F G H I J K L M N O P Q R S T

| TOOTH | | SHADE |
|---|---|---|
| CENT | | |
| LAT | | |
| CUSP | | |
| POST | | |

ORAL FINDINGS

| | | | |
|---|---|---|---|
| HYGIENE | 1 | 2 | 3 |
| DEPOSITS | 1 | 2 | 3 |
| PERIDONT | 1 | 2 | 3 |

CHIEF COMPLAINT: Few Cavities
WHEN WAS LAST DENTAL VISIT: PROPH RESTORE EXTR
OTHER TREATMENT
GENL PHYSICAL CONDITION: Good
UNDER PHYSICIAN'S CARE NOW: No WHOM
NATURE OF TREATMENT
PREVIOUS HISTORY OF BLEEDING No REACTION TO ANESTHETIC No
CHRONIC AILMENTS: BLOOD PRESSURE No ALLERGIES PCN Motrin
ANEMIA ~~No~~ Yes HEPATITIS (TYPE) No HIV POSITIVE No
NERVOUSNESS No HEART No DIABETES Yes
HEADACHES Dev. RHEUMATIC FEVER No SINUS No
TB No OTHER ↓RBC counts Yes
DO YOU HAVE A PERSISTENT COUGH OR THROAT CLEARING NOT ASSOCIATED WITH A KNOWN ILLNESS (LASTING MORE THAN 3 WEEKS)? YES (NO)
HAVE YOU EVER TAKEN FEN-PHEN/REDUX? YES (NO)
DENTURES: UPPER TYPE HOW LONG
LOWER TYPE HOW LONG
PARTIALS: UPPER TYPE HOW LONG
LOWER TYPE HOW LONG
X-RAYS: PAN 2005 BW AREA
DIAGNOSTIC CASTS: AGE
PHOTOS BEFORE AFTER
OCCLUSION ABNORMALITIES
GENERAL CONDITION OF TEETH AND GUMS:

| DATE | TOOTH | SERVICE PLANNED | EST 1 | EST 2 | EST |
|---|---|---|---|---|---|
| 8/25/10 | 2 | BL Ext | | | |
| 9/22/10 | 6 | M comp | | | |
| 9/22/10 | 7 | D comp | | | |
| 9/22/10 | 8 | M comp | | | |
| 9/22/10 | 8 | D comp | | | |
| | 9 | M | | | |
| | 9 | D | | | |
| | 10 | M | | | |
| | 18 / 20 | B | | | |
| | 20 | O | | | |
| | 21 | O | | | |
| 6/22/10 | 31 | B | | | |
| | -1 | -O | | | |
| | 5 | -O | | | |
| 6/22/10 | 29 | DO Amal Dycal ZOE | | | |
| 6/22/10 | 30 | MOD Amal Dycal ZOE | | | |
| | 31 | B Amal Dycal ZOE | | | |
| 9/22/10 | 7 | F Comp | | | |
| 9/22/10 | 7 | M Comp | | | |

Smego, Richard
DOB 8/21/66
DHS # 867244
Rushville, TDF SVP

| HOME PHONE | HOME ADDRESS | | MARITAL STATUS S M D W C |
|---|---|---|---|
| PHONE | ADDRESS | | DATE OF BIRTH |
| CELL PHONE | E-MAIL | | |
| NAME OF PHYSICIAN | PHONE | REFERRED BY | |

| TOOTH | | | | | SHADE UPPER | SHADE LOWER |
|---|---|---|---|---|---|---|
| CENT | | | | | | |
| LAT | | | | | | |
| CUSP | | | | | | |
| POST | | | | | | |

ORAL FINDINGS

| | | | | |
|---|---|---|---|---|
| HYGIENE | 1 | 2 | 3 | 4 |
| DEPOSITS | 1 | 2 | 3 | 4 |
| PERIDONT | 1 | 2 | 3 | 4 |

PLAINTIFF'S EXHIBIT A Pg 3/3 Created in Oct 2010 PENGAD 800-631-6989

CHIEF COMPLAINT: Few Cavities
WHEN WAS LAST DENTAL VISIT: PROPH RESTORE EXTR
PREVIOUS TREATMENT
GENERAL PHYSICAL CONDITION: Good
UNDER PHYSICIAN'S CARE NOW: No WHOM
NATURE OF TREATMENT
PREVIOUS HISTORY OF BLEEDING No REACTION TO ANESTHETIC No
CHRONIC AILMENTS: BLOOD PRESSURE No ALLERGIES PCN Motrin
ANEMIA ~~No~~ Yes HEPATITIS (TYPE) No HIV POSITIVE No
NERVOUSNESS No HEART No DIABETES ~~No~~ Yes
HEADACHES Dec. RHEUMATIC FEVER ~~Yes~~ No SINUS No
No OTHER ↓RBC counts Yes
DO YOU HAVE A PERSISTENT COUGH OR THROAT CLEARING NOT ASSOCIATED WITH A KNOWN ILLNESS (LASTING MORE THAN 3 WEEKS)? YES (NO)
HAVE YOU EVER TAKEN FEN-PHEN/REDUX? YES (NO)
DENTURES: UPPER TYPE HOW LONG
LOWER TYPE HOW LONG
PARTIALS: UPPER TYPE HOW LONG
LOWER TYPE HOW LONG
X-RAYS: FM 4/13 2005 BW AREA
DIAGNOSTIC CASTS: AGE
PHOTOS BEFORE AFTER
OCCLUSION ABNORMALITIES
GENERAL CONDITION OF TEETH AND GUMS:

| DATE | TOOTH | SERVICE PLANNED | EST 1 | EST 2 | EST 3 |
|---|---|---|---|---|---|
| 8/25/07 | 2 | ~~BL~~ Ext | | | |
| 9/22/08 | 6 | M comp – | | | |
| 9/22/08 | 7 | D comp – | | | |
| 9/22/08 | 8 | M comp | | | |
| 9/22/08 | 8 | D comp | | | |
| | 9 | M | | | |
| | 9 | D | | | |
| | 10 | M | | | |
| | 18 | B | | | |
| | 20 | O | | | |
| | 21 | O | | | |
| 6/22/08 | 31 | B | | | |
| | 1 | -O | | | |
| | 5 | -O | | | |
| 6/22/08 | 29 | DO Amal Dycal 2005 | | | |
| 6/22/08 | 30 | MOB Amal Dycal 2005 | | | |
| | 31 | B Amal Dycal 2005 | | | |
| 9/22/08 | 8 | F Comp 21-O – 18-B 20-O | | | |
| 9/22/08 | 7 | M Comp | | | |
| | 28 | O 8 DL replace | | | |
| | 30 | MO replace 7 ML replace | | | |
| | 29 | DO replace 9 M+D | | | |
| | | 10 M | | | |

: Smego Richards ADDRESS: PHONE:

| TOOTH | SERVICE | CHARGE | PAID | BALANCE |
|---|---|---|---|---|
| /05 | Exam FMX Clean medical update (NO FM#31-B sealed 2-22-05) | | | |
| 7 | Exam 4BWGS (NO FM# 2+31 7/1/07) | | | |
| 7 31 | B mesial [illegible] Fill 2 Dycal 2OS very close to mesial nerve [illegible] (NO FM# 2 DOB 8/6/07) | | | |
| /07 2 | Ext carious exposure Rx Motrin 600mg Q6h x PO x pain x 7days (NO FM# 31-B | | | |
| /07 | Sent response to Smego's therapist regarding dental services | | | |
| /08 31 | Mesial [illegible] Fill B [illegible] Rx Motrin 800mg (1) Tab po TID [illegible] | | | |
| 8 | [illegible] [illegible] [illegible] Filling [illegible] [illegible] [illegible] (NO FM# 31-B 6/21/08) | | | |

| DATE | TOOTH | SERVICE | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| 6/22/08 | | Exam | | | |
| | 31 | B Amal Dycal 2OS | | | |
| | 29 | DO Amal Dycal 2OS | | | |
| | 30 | UOB Amal Dycal 2OS | | | |
| | | (NO FM#7-M+D, 8 M+D Cap 9/21/08 | | | |
| 4/7/08 | | Exam (DPA #7 need filling pt wants to wait until tomorrow 9/8/08 not feeling well | | | |
| | | (NO FM#7D | | | |
| 9/22/08 | 7 | BDL Cap shade A-2 Dycal | | | |
| | 7 | ML Cap shade A-2 Dycal | | | |
| | 8 | F Cap shade A-2 Dycal | | | |
| | 8 | ML Cap shade A-2 | | | |
| | 8 | DL Cap shade A-2 | | | |
| | 6 | M Cap shade A-2 | | | |
| | | (NO Finish 9/28/08) | | | |
| 10/24/2010 | | Annual Exam 4BWGS Recurrent decay on D of #8 recurrent decay on ML of #7. Plaque present. | | | |
| (clean [illegible]) | | (NO FM# 8-B 21-0 3/2011) | | | |

State of Illinois )
)SS.
County of Schuyler )

Smego et al., v Adams et al, 08-3142
Judge Harold A. Baker

AFFIDAVIT

I, RICHARD M. SMEGO, having first been duly sworn under oath and under penalty for perjury, do hereby state, aver and depose as follows:

1) I am the Plaintiff in the above titled case and I have been trying to receive treatment for multiple cavities and decaying teeth since December of 2005.

2) That the conditions as depicted and described in the attached motion seeking an Order directing that Plaintiff be provided dental care are in fact true and accurate and are easily supported by the records in this case especially the Dental records of this Plaintiff as created by Defendant Mitchell.

3) That the lack of care and treatment for conditions known to exist and that have been diagnosed for over 5 years now keeps this Plaintiff in a constant state of pain. Plaintiff further avers that this pain and lack of treatment has surpassed any deliberate indifference to My serious dental and medical needs and is now a condition of existence that is far below that which shoud be consider humane treatment of any living thing, let alone a person confined to a treatment facility.

4) A review of the Dental records in this case clearly establish that this Plaintiff has had Dental needs for over five years and that I have constantly declared that I am in pain. Although I been seen by the Dentist once ( 1 time ) in the last 2.5 years there was no repair work, fillings, or any other service to reduce my Pain.

PENGAD 800-631-6989
PLAINTIFF'S
EXHIBIT
B

5) This Plaintiff is assigned to work in the Health Care unit and has done so for 1 year. That during this year I have complained to nurses, Security therapist aides that work in the Health Care Unit, and I always get the same response that Dr. Mitchell tends to come and go as she want, is not prodictable as to when she will be here, and that she performs her own scheduling. These complaints and requests have been heard and witnessed by Residents I work with, and I believe I can call the Staff I have spoke to about this situation at trial for Impeachment purposes if it is testified to that I have never made such requests, complaints, or other forms of inquiry.

6) The Plaintiff had relied upon facility employee Wanda Pennock for his Notary services in the past. On January 14, 2011 Wannda Pennock, the former Mail Clerk left that position for other employment. Plaintiff has outstanding Written request for a notary for over one month and has not received any response to date. This affiant is currently unable to obtain a Notary Public and therefore has no choice but to self notarize and certify the contents of his affidavit.

I, Richard M. Smego, have nothing further to say at this Time.

Date 2-14, 2011 BY: Richard M. Smego
Richard M. Smego, affiant

I do hereby verify and certify that all statements as set forth herein are true and correct, to the best of my knowledge and beliefs both in substance and in fact. That if called to testify at trial or any other legal proceeding this would be my testimony.

Date 2-14, 2011 By: Richard M. Smego
Richard M. Smego, affiant
Treatment & Detention facility
1680 East County farm road
Rushville, Illinois 62681

State of Illinois )
) ss.
County of Schuyler )

Case No. 08-3142-HAB-CHE

## AFFIDAVIT

I, JEREMY L. SCHLOSS, having first been duly sworn under oath and under penalty of perjury, hereby state, aver and depose as follows:

1) I am a resident at the Rushville Treatment and Detention Facility, located at 1680 East County Farm Road, Rushville, Illinois 62681.

2) I often work down in the Health Care Unit (HCU) for Floor Care, wherein I work alongside Richard M. Smego.

3) At every interaction I have observed, I have heard and witnessed conversations and complaints to Staff about his (Smego's) teeth hurting very bad, that he is in a constant state of pain. The response to Smego, from Staff is they cannot help him with his discomfort or pain he is experiencing.

4) I live on the same Unit as Mr. Smego and at every meal he has experienced difficulty eating. I have observed him in a continuous state of discomfort due to his rotting, decaying teeth.

I have nothing more to say at this time.

By: [signature]
Jeremy L. Schloss
DHS-TDF
1680 East County Farm Road
Rushville, Illinois 62681

Date: 2/14/2011

PLAINTIFF'S EXHIBIT
C
PENGAD 800-631-6989

ATTESTATION

Pursuant to 28 U.S.C. § 1746 of the Federal Rules of Civil Procedure and in compliance with all other Rules herein, I declare and state under penalty of perjury under the Laws of the United States ofAmerica that the foregoing is true and correct.

Signed on this 14th day of February, 2011 By: [signature]
Jeremy L. Schloss