CONTINENTAL REPORTIN  SERVICE, INC.
Tax ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228

Send Billing Inquiries to:                           Remit Payment to:
500 Union Street, Suite 926                          P.O. Box 50245
Seattle, WA  98101                                   Bellevue, WA 98015

                                                     Invoice No. :    611200
                                                     Invoice Date:    4/16/10

Client ID: 121838
Robert Johnston
ADMIRAL INSURANCE COMPANY
1255 Caldwell Road
Cherry Hill NJ 08034 USA

                              Note: Please mail a copy of invoice
                                    with payment and include the
                                    invoice number from above on
TERMS: DUE UPON RECEIPT             the check.

---

RE: RICHARD SMEGO v CAROL ADAMS
No: 083142

| DEPONENT NAME | Rate | JOB NO. Qty | TAKEN | Charges |
|---|---|---|---|---|
| RICHARD SMEGO | | 158278.1 | 3/08/2010 | |
| Delivery | 10.00 | 1.00 | | 10.00 |
| Transcription, O & 1 | 4.05 | 175.00 | | 708.75 |
| Per Diem - Reporter Appearance | 175.00 | 1.00 | PRISON DEPOSITION | 175.00 |

                    TOTAL AMOUNT DUE.................$    893.75

Note: C133439

AMT DUE $ 893.75                         APPROVED
CK DATE  5-12-10
ENTRY DATE 5-10-10                       MAY 11 2010
BY       MAV
                                             DMP

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.