140-1524                          RPV/BSC                          #6191112

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD M. SMEGO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 08-3142 |
| | ) | Judge Myerscough |
| | ) | |
| DR. JACQUELINE MITCHELL, KELLY | ) | |
| LAWSHEA, DR. LOCHARD, and any and all | ) | |
| Other unnamed and/or unknown persons, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DR. MITCHELL'S MOTION TO COMPEL PLAINTIFF TO**
**EXECUTE A DHS AUTHORIZATION**

Defendant Dr. Jacqueline Mitchell, through her attorneys, Robert P. Vogt and Weldon-Linne & Vogt, moves for an order requiring plaintiff Richard M. Smego to sign a DHS Authorization to Disclose/Obtain Information. The DHS Authorization was previously forwarded to the plaintiff but the plaintiff refuses to sign it. The Authorization would allow Dr. Mitchell to obtain complete copies of the plaintiff's DHS medical, dental and other records. In support of this motion, Dr. Mitchell states as follows:

(1) This claim involves the plaintiff's allegation that Dr. Mitchell's dental treatment violated the plaintiff's civil rights. Dr. Mitchell denies that her dental treatment of the plaintiff was deliberately indifferent.

(2) On February 4, 2014, the plaintiff filed a motion containing requests and subpoenas asking for various records that he claimed he was never allowed to get including his

1

grievances and certain medical and dental records. (Doc. # 99). The plaintiff also filed a motion asking for an order to obtain various records. (Doc. # 202).

(3) On March 4, 2014, Dr. Mitchell forwarded the plaintiff a DHS Authorization so that Dr. Mitchell could obtain copies of the plaintiff's entire DHS medical and dental file including his resident request forms, grievances, and other medical and dental records. Dr. Mitchell also filed a motion with this Court asking for an order authorizing the disclosure of the plaintiff's records. (Doc. # 215).

(4) Dr. Mitchell believes that the plaintiff is going to assert that certain of his DHS mental health records support his claim. During summary judgment proceedings, the plaintiff asserted that there are some 14 mental health progress notes that the plaintiff claims to help prove that he was complaining to his therapist about the dental treatment being provided by Dr. Mitchell. (Doc. #131, Exh. G).

(5) However, Dr. Mitchell has never been provided with a complete set of the plaintiff's mental health progress notes. Instead, the plaintiff is picking and choosing which records to use and is refusing to allow Dr. Mitchell to have equal access to a competent source of proof. Dr. Mitchell believes that the plaintiff's mental health progress notes will contradict the plaintiff's allegations but Dr. Mitchell cannot confirm such because the plaintiff is refusing to sign the DHS Authorization.

(6) Dr. Mitchell also needs a complete set of the resident request forms that the plaintiff claims he submitted to the DHS. Here again, the plaintiff is making a variety of allegations regarding the request forms that he claims were submitted to the DHS (or allegedly lost by the DHS) but is refusing to allow Dr. Mitchell to secure copies of the relevant records. Dr. Mitchell fears that the plaintiff will raise these allegations and that the only way to resolve

this issue is to obtain a complete copy of the records from the DHS. However, the plaintiff must execute the DHS Authorization.

(7) Dr. Mitchell is also entitled to obtain copies of the plaintiff's medical progress notes and records. The plaintiff is alleging that nothing he did caused the condition of his teeth. (Doc. #212, M/L #5)  However, the plaintiff is an insulin dependent diabetic and this condition can have a direct impact on the overall condition of his teeth.  In addition, the medications that the plaintiff takes for his other health conditions could also impact the condition of his teeth.  In addition, his commissary records will reveal a great deal about his eating and personal health habits.  The plaintiff cannot, on the one hand, deny personal responsibility for the condition of his teeth and, on the other hand, refuse to allow Dr. Mitchell to look at the relevant records.

(8) Dr. Mitchell is also entitled to obtain copies of all of the grievances filed by the plaintiff with DHS. The presence or absence of grievances bears directly on the veracity of the plaintiff's claim because the plaintiff certainly would have filed a grievance if Dr. Mitchell was refusing to treat him. In addition, his other grievances will demonstrate that he knows how to use the system and could have used the system with Dr. Mitchell if, in fact, he felt it was necessary.

WHEREFORE, Defendant JACQUELINE MITCHELL, D.D.S., through her attorneys, WELDON-LINNE & VOGT, prays that this Court grant her Motion to Compel the Plaintiff to Execute the DHS Authorization.

Respectfully submitted,

**WELDON-LINNE & VOGT**

By:_/s/ Robert P. Vogt ___
    Robert P. Vogt

**Weldon-Linne & Vogt**
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
312/236-5151
#6191112
Pldgs./Motion to Compel PL to Execute Auth

140-1524                           RPV/BSC                           #6191112

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINIOS**

| | |
|---|---|
| RICHARD M. SMEGO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No.: 08-3142 |
| Judge Baker ) | |
| ) | |
| CAROL ADAMS, DR. MICHAEL ) | |
| BEDNARZ, DR. MITCHELL, KELLY ) | |
| MITCHELL, CAROL VANCE, DR. LOCHARD ) | |
| DR. JOVITA ANYANWU, and any and all other ) | |
| unnamed and unknown person discovered through ) | |
| the course of discovery to have participated in the ) | |
| violations complained of herein ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Robert P. Vogt, certify that on **April 4, 2014,** I electronically filed **DR. MITCHELL'S MOTION TO COMPEL PLAINTIFF TO EXECUTE A DHS AUTHORIZATION**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- Brian Patrick Gainer    gainerb@jbltd.com
- Jack T Riley , Jr    rileyj@jbltd.com, alaridl@jbltd.com
- Juanita B Rodriguez    rodriguezj@jbltd.com, kreided@jbltd.com
- Michael J Lanzdorf    mlanzdorf@atg.state.il.us, bmyers@atg.state.il.us, ddesalle@atg.state.il.us, jginter@atg.state.il.us
- Ryan A Nelson    rnelson@atg.state.il.us, bmyers@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us
- Theresa M Powell    tpowell@heylroyster.com, ejarman@heylroyster.com, nwood@heylroyster.com, sprecf@heylroyster.com

and hereby certify that on **April 4, 2014** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Richard M Smego
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL 62681

         Respectfully Submitted,

         WELDON-LINNE & VOGT
         By:_/s/ Robert P. Vogt__
           Robert P. Vogt


WELDON-LINNE & VOGT
Attorneys for Defendant
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 236-5151