UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: | Case Number: 08-3142 | Beginning Date: July 10, 2014 | Type of Trial: N/A |
|---|---|---|---|
| Smego v Mitchell | | Type of Hearing: Status Conference | Length of Hearing: 1 hour |

TO: THE DIRECTOR OF RUSHVILLE TREATMENT AND DETENTIONAL FACILITY, RUSHVILLE, IL

WE COMMAND that you make the following resident available at a designated video conference facility to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Richard M. Smego, Plaintiff | | Rushville T&DF Rushville, IL | July 10, 2014 | 9:30 AM – 10:30 AM |
| Robert Vogt and Bethany Campbell, Attys for Defendant Mitchell | | Via telephone | July 10, 2014 | 9:30 PM – 10:30 AM |
| Sue E. Myerscough, U.S. District Judge | | U.S. Courthouse Springfield, IL | July 10, 2014 | 9:30 PM – 10:30 AM |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.

Dated: July 1, 2014

KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT

Format and wording approved by IDOC Legal Counsel 2/11/98