E-FILED
Wednesday, 02 July, 2014 01:54:57 PM
Clerk, U.S. District Court, ILCD

Writ of Habeas Corpus Personal Appearance (1/2011)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**RICHARD M. SMEGO**
Plaintiff(s)

vs

**DR. JACQUELINE MITCHELL**
Defendant(s)

Case Number: 08-3142

TO: THE WARDEN of (Director) Rushville, IDHS, T&DF at Rushville, Illinois.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

WE COMMAND that you produce the body of **Richard Smego**, Register No. _____, who is in your custody at **Rushville, IDHS, T&DF** before the United States District Court at **Springfield, Illinois** on **July 15 thru July 17** (NOTE: **All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing and should be dressed in proper civilian attire**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution. **Note: This is for a trial before Judge Sue E. Myerscough scheduled to last 3 days.**

WITNESS the Honorable Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois.

DATED: July 2, 2014

BY: /s/ Kenneth A. Wells
Kenneth A. Wells,
Clerk, U.S. District Court