E-FILED
Wednesday, 02 July, 2014  02:02:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: | Case Number: 08-3142 | Beginning Date: July 16, 2014 | Type of Trial: Jury Trial |
|---|---|---|---|
| Smego v Mitchell | | Type of Hearing: Jury Trial | Length of Hearing: Entire day of July 16, 2014 |

TO: THE DIRECTOR OF RUSHVILLE TREATMENT AND DETENTIONAL FACILITY, RUSHVILLE, IL

WE COMMAND that you make the following resident available at a designated video conference facility to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Richard M. Smego, Plaintiff | | U.S. Courthouse Springfield, IL | July 16, 2014 | 9:00 AM – 5:00 PM |
| Robert Vogt and Bethany Campbell, Attys for Defendant Mitchell | | U.S. Courthouse Springfield, IL | July 16, 2014 | 9:00 AM – 5:00 PM |
| STA I Greg Driscoll, Witness | | Via video from Rushville | July 16, 2014 | 9:00 AM – 5:00 PM |
| STA I Jane Teel, Witness | | Via video from Rushville | July 16, 2014 | 9:00 AM – 5:00 PM |
| Dr. Hughes Lochard, Witness | | Via video from Rushville | July 16, 2014 | 9:00 AM – 5:00 PM |
| Kelley Lawshea, Witness | | Via video from Rushville | July 16, 2014 | 9:00 AM – 5:00 PM |
| Sue E. Myerscough, U.S. District Judge | | U.S. Courthouse Springfield, IL | July 16, 2014 | 9:00 AM – 5:00 PM |

COURT REQUESTS THE ENTIRE DAY RESERVED BUT WILL INFORM RUSHVILLE OF THE SEQUENCE OF WITNESS TESTIMONY BY THE AFTERNOON OF JULY 15, 2014.

Dated:  July 2, 2014

*Kenneth A Wells*
KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT