AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> )   Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | )  |            |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*Fax number*