E-FILED
Friday, 08 August, 2014 04:08:59 PM
Clerk, U.S. District Court, ILCD

Mr. Richard M. Smego
IL Dept of Human Services
Treatment & Detention Facility
1680 East County Farm Road
Rushville, Illinois 62681



FILED
AUG 07 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 28, 2014

Judge Sue E. Myerscough
U.S. District Court
600 East Monroe Room 151
Springfield, Illinois 62701

IN RE:   Scanning Project

Judge Myerscough,

   Just as an update, I wanted to let you know that documents received here electronically still are devoid of the docketing number and other important information.

   I have enclosed a copy of the Agreement To Attorneys Fees/Cost form I received here to acknowledge my electronic transmission. As you can see, it has no date, docketing number, or other readable information on it.

Sincerely,

Richard M. Smego

4;19.dw.14253.TFN.UTI !!!$!411!!!!Qbhf !2!pg2!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!

F.GJMFE
!X f eof t ebz-!27!Kvm-!3125!!13;12;33!QN
!Drhsl -!V/T/!Ejt usjdu Dpvsu!JMDE

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Richart M. Smego )
_____ )
Plaintiff )
)
v )   Case Number: 08-3142
Dr. Jacqueline Mitchell )
_____ )
Defendant

## AGREEMENT TO ATTORNEYS FEES/COSTS

I, Richard M. Smego, the plaintiff in the above captioned case, hereby agree to the appointment of counsel to represent me. I understand that I am not entitled to an attorney, but that the court is exercising discretion and appointing me one. I am aware that this appointment of counsel may be revoked by the court at any time after hearing in the event that the relationship between myself and counsel deteriorates to the point where our differences become irreconcilable. However, I understand that any fees due to my attorney will remain as a lien against any further settlement or judgment award I may obtain. Furthermore, I agree that said attorney will be reimbursed fees and/or costs from any settlement or any award that I may receive.

7-14-14
Date

_____
Plaintiff's signature