IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SMEGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-cv-3142 |
| v. ) | |
| ) | Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF AND DEFENDANT'S
JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff Richard Smego and Defendant Jacqueline Mitchell jointly request that the Court modify the expert disclosure deadlines in its scheduling order dated August 19, 2014, and extend those expert disclosure deadlines for 45 days. In support of their motion, the parties state the following:

1. The parties have been diligently working together to comply with the Court's scheduling order dated August 19, 2014, but will be unable to meet the deadlines for the Plaintiff's expert disclosures by September 30, 2014, and the Defendant's expert disclosures by October 31, 2014. Accordingly, the parties jointly request a 45-day extension such that Plaintiff's expert disclosures are due by November 14, 2014, and Defendant's expert disclosures are due by December 15, 2014.

2. The parties' diligent efforts to complete their expert disclosures have been complicated by third-party discovery, including medical and administrative records in the possession, custody, or control of Addus HealthCare, Inc. and Wexford Health Sources, Inc. Both parties have already exchanged their own written discovery.

3. Although the parties seek an extension of the expert disclosure deadlines, they do

not request any modification to either the close of discovery on January 30, 2015, the final pretrial conference scheduled for February 9, 2015, or the jury trial is scheduled for February 24-26, 2015.

4. The Court's scheduling order and the expert disclosure deadlines may be modified only with the Court's approval and on a showing of good cause under Federal Rule of Civil Procedure 16(b) and Local Rule 16.2.

For these reasons, Plaintiff Richard Smego and Defendant Jacqueline Mitchell jointly request that the Court modify the scheduling order and extend the deadlines for Plaintiff's expert disclosures to November 14, 2014, and Defendant's expert disclosures to December 15, 2014.

Dated:  September 29, 2014    Respectfully submitted,

By: /s/ Brian O. Watson
Matthew C. Crowl
Ann H. MacDonald
Douglas G. Snodgrass
Brian O. Watson
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax: (312) 258-5600

*Counsel for Plaintiff Richard Smego*

By: /s/ Bethany S. Campbell (with permission)
Robert P. Vogt
Bethany S. Campbell
WELDON LINNE & VOGT
Suite 2050
20 South Clark Street
Chicago, IL 60603
Phone: 312-236-5151
Fax: 312-236-5161

*Counsel for Defendant Jacqueline Mitchell*

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies on this 29th day of September 2014, that all counsel of record have consented to electronic service and these papers were filed with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson<br>Brian O. Watson