E-FILED
Friday, 31 October, 2014  03:56:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SMEGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08-cv-3142 |
| v. | ) |
| | ) Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF AND DEFENDANT'S JOINT MOTION
TO MODIFY PLAINTIFF'S DEADLINE TO DISCLOSE HIS EXPERT**

Plaintiff Richard Smego and Defendant Dr. Jacqueline Mitchell jointly request that the Court extend the deadline for Plaintiff to disclose his expert by 20 days. In support of their motion, the parties state the following:

1. On October 13, 2014, Plaintiff's counsel requested Dr. Mitchell and her counsel's availability for Dr. Mitchell's deposition prior to November 14, 2014. In response, Dr. Mitchell's counsel informed Plaintiff's counsel that due to previously scheduled court deadlines, Dr. Mitchell's deposition could not take place before November 25, 2014.

2. Plaintiff also requested dates to depose Ms. Carol Vance and Ms. Kelly Lawshea. The parties have agreed that the deposition of Carol Vance will proceed on November 14, 2014, and the deposition of Kelly Lawshea will take place on November 25, 2014, if not before.

3. The parties have been diligently working together to comply with the Court's order dated October 6, 2014, but will be unable to meet the deadline for the Plaintiff's expert disclosures (currently set as November 14, 2014), because Defendant Mitchell and her counsel are not available for her deposition until November 25, 2014.

- 2 -

4. Accordingly, the parties jointly request a 20-day extension so that Plaintiff can depose Dr. Mitchell and then make his expert disclosures by December 3, 2014.

5. Although the parties seek an extension of this expert disclosure deadline, they do not request any modification to either the close of discovery on January 30, 2015, the final pretrial conference scheduled for February 9, 2015, or the jury trial is scheduled for February 24-26, 2015.

WHEREFORE, Plaintiff Richard Smego and Defendant Jacqueline Mitchell jointly request that the Court extend the deadline for Plaintiff to disclose his expert to December 3, 2014.

Dated: October 31, 2014       Respectfully submitted,

By: /s/ Ann H. MacDonald
Matthew C. Crowl
Ann H. MacDonald
Brian O. Watson
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax: (312) 258-5600

*Counsel for Plaintiff Richard Smego*

By: /s/ Bethany S. Campbell
Robert P. Vogt
Bethany S. Campbell
WELDON LINNE & VOGT
Suite 2050
20 South Clark Street
Chicago, IL 60603
Phone: 312-236-5151
Fax: 312-236-5161

*Counsel for Defendant Jacqueline Mitchell*

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies on this 31st day of October 2014, that all counsel of record have consented to electronic service and these papers were filed with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Ann H. MacDonald