E-FILED
Friday, 16 January, 2015  11:48:18 AM
Clerk, U.S. District Court, ILCD

Writ of Habeas Corpus Personal Appearance (1/2011)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Richard Smego )  | |
| Plaintiff(s) ) | |
| ) | |
| vs ) | Case Number: 08-3142 |
| ) | |
| Dr. Jacqueline Mitchell et al ) | |
| Defendant(s) ) | |

TO: THE DIRECTOR of **Rushville TD&F, DHS** at **Rushville, IL**.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

WE COMMAND that you produce the body of **Richard Smego**, Register No. _____, who is in your custody at **Rushville TD&F, DHS** before the United States District Court at **600 East Monroe Street, Springfield, IL, Courtroom 1** on **February 24, 25 and 26, 2015** (NOTE: **All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing and should be dressed in proper civilian attire**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution. **Note: This is for a trial before Judge  Sue E. Myerscough  scheduled to last  3  days.**

WITNESS the Honorable Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois.

DATED:  **January 16, 2015**

BY: /s/ Kenneth A. Wells

Kenneth A. Wells,
Clerk, U.S. District Court