IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SMEGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-cv-3142 |
| v. ) | |
| ) | Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, ) | |
| ) | |
| Defendant. ) | |

**PRE-TRIAL ORDER**

This matter having come before the Court at a pre-trial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1; Matthew C. Crowl, Ann H. MacDonald, Brian O. Watson, and Katie Klamann of Schiff Hardin LLP having appeared as counsel for the Plaintiff Richard Smego; Robert P. Vogt and Bethany Campbell of Weldon-Linne & Vogt having appeared as counsel for Defendant Dr. Jacqueline Mitchell; the following action was taken:

**I.   NATURE OF ACTION AND JURISDICTION**

This is an action brought pursuant to 42 U.S.C. § 1983 for violations of the Due Process Clause of the Fourteenth Amendment. The jurisdiction of the Court is invoked under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. The jurisdiction of the Court is not disputed.

**II.   JOINT STATEMENT**

    **A.   JURISDICTION**

This is an action brought pursuant to 42 U.S.C. § 1983 for violations of the Due Process Clause of the Fourteenth Amendment. The jurisdiction of the

Court is invoked under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

    **B.**    <u>**UNCONTESTED ISSUES OF FACT**</u>

    1.    Dr. Mitchell was acting under color of law.

    **C.**    <u>**CONTESTED ISSUES OF FACT**</u>

    1.    The parties contest whether Dr. Mitchell was deliberately indifferent to Mr. Smego's serious medical and dental needs.

    2.    The parties contest whether Dr. Mitchell's conduct caused harm to Mr. Smego.

    **D.**    <u>**CONTESTED ISSUES OF LAW**</u>

The parties contest whether Dr. Mitchell violated Mr. Smego's constitutional rights under the Fourteenth Amendment by acting with deliberate indifference to his serious medical and dental needs.

    **E.**    <u>**JURY DEMAND**</u>

Dr. Mitchell demands trial by jury.

**III.**    <u>**PLAINTIFF'S STATEMENT**</u>

    **A.**    <u>**ITEMIZED STATEMENT OF DAMAGES**</u>

Mr. Smego's damages include compensatory damages, punitive damages, costs and attorneys' fees under 42 U.S.C. § 1988(b), and any other damages allowable under law.

**IV.**    <u>**WAIVER OF CLAIMS OR DEFENSES**</u>

Nothing is waived.

**V.**    <u>**EXHIBITS ATTACHED**</u>

The following are attached as exhibits to this order and are made a part hereof:

1. Proposed statement of the case.

2. Mr. Smego's witness list.

3. Dr. Mitchell's witness list.

4. Mr. Smego's exhibit list, noting whether the exhibit will be admitted without objection, whether authentication is waived, or whether there is an objection to the exhibit.

5. Dr. Mitchell's exhibit list, noting whether the exhibit will be admitted without objection, whether authentication is waived, or whether there is an objection to the exhibit.

6. Proposed jury instructions containing the instructions on which the parties agree.

7. Proposed jury instructions by the Court on which the parties have not agreed.

8. Mr. Smego's additional jury instructions on which the parties have not agreed.

9. Dr. Mitchell's additional jury instructions on which the parties have not agreed.

10. Mr. Smego's non-routine proposed *voir dire* questions.

Mr. Smego lists no demonstrative aids intended for use at trial. Mr. Smego and Dr. Mitchell have no stipulations. Mr. Smego's and Dr. Mitchell's motions *in limine* will be separately submitted.

**VI. GENERAL ADDITIONAL**

The following additional action was taken:

1. The testimony of the following civilly committed witness is necessary for trial. The Clerk is directed to issue a Personal Writ for the following civilly committed witnesses to appear in person:

| **Name** | **Facility** |
|---|---|
| Richard Smego | Rushville Treatment and Detention Facility |

2. The testimony of the following witness is necessary for trial. The Clerk is directed to issue a Video Writ for the following witness to appear by video:

| **Name** | **Facility** |
|---|---|
| Hughes Lochard, M.D. | Rushville Treatment and Detention Facility |

3. The testimony of the following witnesses is necessary for trial. The Clerk is directed to issue trial subpoenas for the following:

| **Name** | **Address** |
|---|---|
| Michael Bednarz | Macomb, Illinois |
| Carol Ann Vance | Homer Glen, Illinois |
| Danielle Walker-Lowe | Rushville, Illinois or Havana, Illinois |

To the extent that defendant raises foundation, authenticity, or hearsay objections, the Clerk is directed to issue trial subpoenas for the custodian(s) of records from Rushville Treatment and Detention Facility.

**IT IS UNDERSTOOD BY THE PARTIES THAT:**

Mr. Smego is limited to one expert witness whose name and qualifications have been disclosed to the Dr. Mitchell. Dr. Mitchell is limited to one expert witness whose name and qualifications have been disclosed to the

Mr. Smego.

Any Trial Briefs or Motions in limine shall be submitted no later than February 4, 2015.

A party may supplement a list of witnesses or exhibits only upon good cause shown in a motion filed and served upon the other parties prior to trial; except that, upon the development of testimony fairly shown to be unexpected, any party may, with leave of court, call such contrary witnesses or use such exhibits as may be necessary to counter the unexpected evidence, although not previously listed, and without prior notice of any other party.

It is mutually estimated that the length of trial will not exceed three full days. The case will be listed on the trial calendar to be tried when reached.

This pre-trial order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice.

Any additional proposed jury instructions shall be submitted to the Court within five days before the commencement of the trial, but there is reserved to the respective parties the right to submit supplemental proposals for instructions during the course of the trial or at the conclusion of the evidence on matters that could not reasonably have been anticipated.

IT IS SO ORDERED.

                                         Sue E. Myerscough
                                         United States District Judge

ENTERED: _____

APPROVED AS TO FORM AND SUBSTANCE:

/s/ Brian O. Watson
Matthew C. Crowl
Ann H. MacDonald
Brian O. Watson
Katie Klamann
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax:    (312) 258-5600

*Attorneys for the Plaintiff,*
*Richard M. Smego*


No signature received
as of February 4, 2015, at 9:00 p.m.
Robert P. Vogt
Bethany S. Campbell
WELDON LINNE & VOGT
Suite 2050
20 South Clark Street
Chicago, IL 60603
Phone: (312) 236-5151
Fax:    (312) 236-5161

*Attorneys for the Defendant,*
*Jacqueline Mitchell*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies on February 4, 2015, that all counsel of record have consented to electronic service and these papers were filed with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson