# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SMEGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. JACQUELINE MITCHELL,<br><br>　　　　Defendant. | Case No. 08-cv-3142<br><br>Hon. Sue E. Myerscough |

**PLAINTIFF RICHARD SMEGO'S
WITNESS LIST[1]**

| **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | Page 1 of 1 |
|---|---|---|

| Witness Name | Address (City and State Only) | Expert | Adverse |
|---|---|---|---|
| Michael Bednarz (may call) | Macomb, Illinois | | x |
| Hughes Lochard (may call) | Springfield, Illinois | | x |
| Jacqueline Mitchell | Flossmoor, Illinois | | x |
| Jay Shulman | Dallas, Texas | x | |
| Richard Smego | Rushville, Illinois | | |
| Carol Ann Vance | Homer Glen, Illinois | | x |
| Danielle Walker-Lowe | Rushville, Illinois | | |
| Custodian of Records from Rushville Treatment and Detention Facility to the extent that defendant raises foundation or authenticity objections | Rushville, Illinois | | |

---

[1] Plaintiff Richard Smego lists the following witnesses subject to his pretrial motions and motions *in limine* and his arguments at the pretrial conference, and reserves the right to amend this witness list and withdraw any witness.