E-FILED
Wednesday, 04 February, 2015  09:21:25 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD SMEGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-cv-3142 |
| v. | ) | |
| | ) | Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF RICHARD SMEGO'S**
**EXHIBIT LIST[1]**

| **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | **Page** 1 of 9 |
|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Dental Chart | x | | |
| 2. | Rule 1006 Summary of Dental Charts | | | No specific document identified or provided |
| 3. | Transcription of Dr. Jacqueline Mitchell Records for Richard Smego (Dovgan Deposition Exhibit C) | x | | |
| 4. | Dental Chart (Mitchell Deposition Exhibit 10) | x | | |
| 5. | Dental Chart (Mitchell Deposition Exhibit 11 and 25) | x | | |
| 6. | Dental Chart (Mitchell Deposition Exhibit 15) | x | | |

---

[1] Plaintiff Richard Smego lists the following exhibits subject to his pretrial motions and motions *in limine* and his arguments at the pretrial conference, and reserves the right to amend this exhibit list and withdraw or redact any exhibit.

| | Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 2 of 9 |
|---|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 7. | Dental Chart (Mitchell Deposition Exhibit 16 and 22) | x | | |
| 8. | Dental Chart (Mitchell Deposition Exhibit 18) | x | | |
| 9. | Dental Progress Note Dated 12/12/05 (Mitchell Deposition Exhibit 13) | x | | |
| 10. | Dental Progress Note Dated 3/27/2011 (Mitchell Deposition Exhibit 23) | x | | |
| 11. | Dental Progress Note Dated 3/11/2012 (Mitchell Deposition Exhibit 27) | x | | |
| 12. | Dental Progress Note Dated 10/12/2013 (Mitchell Deposition Exhibit 28) | x | | |
| 13. | Medication Orders (Mitchell Deposition Exhibit 34) | x | | |
| 14. | Jay Shulman Curriculum Vitae (Shulman Deposition Exhibit 9) | | | x |
| 15. | Jay Shulman Summary Exhibits | | | No specific document identified or provided |
| 16. | Jay Shulman Illustrations of Teeth (Shulman Deposition Exhibit 6) | | | x |
| 17. | Jay Shulman Illustrations of Teeth (Shulman Deposition Exhibit 7) | | | x |
| 18. | Jay Shulman Illustrations of Teeth (Shulman Deposition Exhibit 8) | | | x |
| 19. | Jay Shulman Photographs of Teeth | | | x |
| 20. | American Dental Association. Oral Health Topics. Dental Public Health | | | x |

| | | Case Name: *Smego v. Mitchell* | | Case No: 08-cv-3142 | Page 3 of 9 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 21. | Shulman J.D., Sauter D.T. Treatment of Odontogenic Pain, in a Corr. Setting in Journal Correctional Health Care (2012) | | | x |
| 22. | Shulman JD and Cappelli DP. Epidemiology of Dental Caries. In Cappelli DP and Mosley CC eds., Prevention in Clinical Oral Health Care. Mosby Elsevier, St. Louis, Missouri 2008 | | | x |
| 23. | Shulman JD, Makrides NS, Lockhart A (2016). The Organization of a Correctional Dental Program. In Cohen F. (Ed.), Correctional Health Care: Practice, Administration, and Law (pp. TBD). Kingston, NJ: Civic Research Institute. | | | x |
| 24. | Manthan H. Patel, BDS, MPH; Jayanh V. Kumar, DDS, MPH; Mark E. Moss, DDS, MS, PhD, Diabetes and Tooth Loss: An Analysis of Data from the National Health and Nutrition Examination Survey, 2003-2004. | | | x |
| 25. | National Commission on Correctional Health Care, Standards for Health Services in Prisons (2008) | | | x |
| 26. | National Commission on Correctional Health Care, Guidelines for a Correctional Dental Health Care System (2008) | | | x |
| 27. | National Commission on Correctional Health Care, Standards for Health Services in Prisons (2014) | | | x |

| | | **Case Name:** *Smego v. Mitchell* | | **Case No:** 08-cv-3142 | **Page** 4 of 9 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 28. | National Commission on Correctional Health Care, Guidelines for a Correctional Dental Health Care System (2014) | | | x |
| 29. | American Dental Association, Dental Records (2010) | | | x |
| 30. | Arizona State Board of Dental Examiners, Inscriptions Article: Board Update | | | x |
| 31. | Arizona State Board of Dental Examiners, Bodex Lessons and Frequently Asked Questions (May 2013) | | | x |
| 32. | *Parsons v. Ryan* (9th Cir. June 5, 2014) | | | x |
| 33. | Rule 1006 Summary of Medical Records | | | No specific document identified or provided |
| 34. | Health Care Request Dated 4/30/08 (Mitchell Deposition Exhibit 17) | x | | |
| 35. | Health Care Request Dated 8/12/08 (Mitchell Deposition Exhibit 21) | x | | |
| 36. | Health Care Request Dated 3/28/11 (Lochard Deposition Exhibit 14) | x | | |
| 37. | Medical Progress Note Dated 7/22/2008 (Lochard Deposition Exhibit 11) | x | | |
| 38. | Medical Progress Note Dated 9/4/2008 (Lochard Deposition Exhibit 12) | x | | |
| 39. | Medication Orders (Lochard Deposition Exhibit 13) | x | | |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|:---:|:---:|:---:|
| **Case Name:** *Smego v. Mitchell* | | **Case No:** 08-cv-3142 | **Page** 5 of 9 | |
| 40. | Medical Writ Dated 10/1/2009 (Lochard Deposition Exhibit 2) | x | | |
| 41. | Medical Writ Dated 5/19/2010 (Lochard Deposition Exhibit 3) | x | | |
| 42. | Medical Writ Dated 4/18/2011 (Lochard Deposition Exhibit 4) | x | | |
| 43. | Medical Writ Dated 11/22/2011 (Lochard Deposition Exhibit 5) | x | | |
| 44. | Medical Writ Dated 2/15/2012 (Lochard Deposition Exhibit 6) | x | | |
| 45. | Medical Writ Dated 5/14/2012 (Lochard Deposition Exhibit 7) | x | | |
| 46. | Medical Writ Dated 7/27/2012 (Lochard Deposition Exhibit 8) | x | | |
| 47. | Medical Writ Dated 1/4/2013 (Lochard Deposition Exhibit 9) | x | | |
| 48. | Therapy Progress Notes Dated 6/14/07 (RUSH0865) | | | x |
| 49. | Therapy Progress Notes Dated 8/13/07 (RUSH0863) | | | x |
| 50. | Therapy Progress Notes Dated 11/20/07 (RUSH0852) | | | x |
| 51. | Therapy Progress Notes Dated 11/30/07 (RUSH0851) | | | x |
| 52. | Therapy Progress Notes Dated 12/3/07 (RUSH0850) | | | x |
| 53. | Therapy Progress Notes Dated 12/3/07 (RUSH0849) | | | x |
| 54. | Therapy Progress Notes Dated 12/13/07 (RUSH0848) | | | x |

| | **Case Name:** *Smego v. Mitchell* | | **Case No:** 08-cv-3142 | **Page** 6 of 9 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 55. | Therapy Progress Notes Dated 12/31/07 (RUSH0845) | | | x |
| 56. | Therapy Progress Notes Dated 1/7/08 (RUSH0842) | | | x |
| 57. | Therapy Progress Notes Dated 2/21/08 (RUSH0838) | | | x |
| 58. | Therapy Progress Notes Dated 4/2/08 (RUSH0836) | | | x |
| 59. | Therapy Progress Notes Dated 4/9/08 (RUSH0835) | | | x |
| 60. | Therapy Progress Notes Dated 4/10/08 (RUSH0831) | | | x |
| 61. | Therapy Progress Notes Dated 5/26/08 (RUSH0708) | | | x |
| 62. | Therapy Progress Notes Dated 5/26/08 (RUSH0709) | | | x |
| 63. | Therapy Progress Notes Dated 1/6/09 (RUSH0691) | | | x |
| 64. | Therapy Progress Notes Dated 3/28/11 (November 2014 DHS production) | | | x |
| 65. | Letter from Alex Rafferty to Alfreda Kibby Dated 5/23/11 | | | x |
| 66. | Letter from Michael Bednarz to Mr. Smego Dated 4/25/14 | | | x |
| 67. | Walkenhorst's Order Forms | | | x |
| 68. | Order Approval Forms | | | x |
| 69. | Wexford Health Sources Inc. Dental Policies and Procedures (Mitchell Deposition Exhibit 9) | | | x |

| | **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | **Page** 7 of 9 |
|---|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 70. | Addus Contract for Purchase of Services (1/05) (ADDUS000093-ADDUS000161)(Vance Deposition Exhibit A) | x | | |
| 71. | Addus Dental Invoices (ADDUS000034-ADDUS000071)(Vance Deposition Exhibit B) | x | | |
| 72. | Addus Hospitalization and Medical Expenses (ADDUS000091) | | | x |
| 73. | Addus Agreement for Dental Services Dated 6/28/2001 (Mitchell Deposition Exhibit 3) | x | | |
| 74. | Addus Contract with Defendant Dated 6/15/2003 (ADDUS000072-ADDUS000079)(Mitchell Deposition Exhibit 4; Vance Deposition Exhibit C) | x | | |
| 75. | Wexford Health Sources Contracts with Defendant (Mitchell Deposition Exhibit 6) | x | | |
| 76. | Wexford Human Resources Job Description Dated 4/03 | | | x |
| 77. | Wexford / Mitchell Agreement Letter Dated 9/11/07 (excerpt from Mitchell Deposition Exhibit 6) | x | | |
| 78. | Wexford / Mitchell Agreement Letter Dated 10/1/08 (excerpt from Mitchell Deposition Exhibit 6) | x | | |
| 79. | Wexford / Mitchell Agreement Letter Dated 4/27/09 (excerpt from Mitchell Deposition Exhibit 6) | x | | |

| | Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 8 of 9 |
|---|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 80. | Wexford / Mitchell Agreement Letter Dated 5/4/2010 (excerpt from Mitchell Deposition 6) | | | x |
| 81. | Answers to Plaintiff's First Set of Interrogatories to Defendant Lawshea Dated 12/10/09 (Lawshea Deposition Exhibit 1) | | | x |
| 82. | Affidavit of Dr. Jacqueline Mitchell Dated 3/1/11 (Mitchell Deposition Exhibit 14) | | | x |
| 83. | Affidavit of Dr. Jacqueline Mitchell Dated 8/14/12 (Mitchell Deposition Exhibit 26) | | | x |
| 84. | Defendant's Waiver of Service of Summons Dated 5/17/2009 (Mitchell Deposition Exhibit 19) | | | x |
| 85. | Defendant's Answers to Plaintiff's Second Set of Interrogatories Dated 7/12/2010 (Mitchell Deposition Exhibit 31) | | | x |
| 86. | Defendant's Response to Plaintiff's First Set of Request for Admissions Dated 8/27/2014 (Mitchell Deposition Exhibit 33) | | | x |
| 87. | Defendant Bednarz' Response to Interrogatories Dated 10/30/2009 | | | x |
| 88. | Subpoena to Testify and Rider for John Dovgan, DDS (Dovgan Deposition Exhibit B) | | | x |
| 89. | Invoice No. 335 (Dovgan Deposition Exhibit D-1) | | | x |
| 90. | Invoice No. 334 in color (Dovgan Deposition Exhibit D-2) | | | x |

- 8 -

| | | **Case Name:** *Smego v. Mitchell* | | **Case No:** 08-cv-3142 | | **Page** 9 of 9 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 91. | Invoice No. 334 (Dovgan Deposition Exhibit D-3) | | | x |
| 92. | Letter from Arizona Department of Corrections (Dovgan Deposition Exhibit G) | | | x |
| 93. | Board of Dental Examiners Template (Dovgan Deposition Exhibit H) | | | x |
| 94. | Guidelines for Corrective Dental Health (Dovgan Deposition Exhibit J) | | | x |
| 95. | State Prison System Lucrative for Corrections Workers Article (Dovgan Deposition Exhibit W) | | | x |
| 96. | Inmate Dental Services Program (IDSP) Article (Dovgan Deposition Exhibit X) | | | x |
| 97. | DHS Facility Directive 04.0032 Dental Screening and Oral Health Care Dated 08/01/05 | | | x |
| 98. | DHS Facility Directive 04.0032 Dental Screening and Oral Health Care Dated 05/14/08 (Mitchell Deposition Exhibit 5) | | | x |
| 99. | DHS Facility Directive 04.0024 (Walker-Lowe Deposition Exhibit A) | | | x |
| 100. | DHS Facility Directive 04.0005 (Lochard Deposition Exhibit 15) | | | x |
| 101. | DHS Facility Directives 01.0001-07.0005 | | | x |