E-FILED
Wednesday, 04 February, 2015  09:21:27 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| RICHARD SMEGO, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-cv-3142 |
| v. | ) | |
| | ) | Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DR. JACQUELINE MITCHELL'S
EXHIBIT LIST[1]**

| **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | **Page** 1 of 10 |
|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Plaintiff's DHS Handwritten Dental Chart and Typed Version (December 2005 to June 2014) | No objection if this only includes Mitchell Deposition Exhibits 10, 11, 15, 16, 18, 22 and 25 | | No specific document identified or provided |
| 2. | Plaintiff's DHS Handwritten Therapy Progress Notes and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |

---

[1] Defendant Dr. Jacqueline Mitchell lists the following exhibits subject to his pretrial motions and motions *in limine* and her arguments at the pretrial conference, and reserves the right to amend this exhibit list and withdraw or redact any exhibit.

| **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | **Page** 2 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 3. | Plaintiff's DHS Handwritten Progress Notes and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 4. | Plaintiff's DHS Handwritten Medication Administration Records and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 5. | Plaintiff's DHS Handwritten PRN Medication Progress Notes and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 6. | Plaintiff's DHS Handwritten Grievances and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 7. | Plaintiff's DHS Handwritten Health Care Requests and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 8. | Plaintiff's DHS Handwritten Physician's Orders and Typed Version (December 2005 to June 2014) | | | No specific document identified or provided |
| 9. | Plaintiff's DHS Handwritten Nursing Assessment and Typed Version (December 2005) | | | No specific document identified or provided |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 3 of 10 |
|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 10. | Plaintiff's DHS Handwritten Physical Examination and Typed Version (December 7, 2005) | | | No specific document identified or provided; if this is only WLV0016-0019, then 402, 403 |
| 11. | DHS Treatment and Detention Facility Handbook Effective 1/1/2005 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 12. | DHS Treatment and Detention Facility Handbook Effective 8/1/2008 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 13. | DHS Treatment and Detention Facility Resident Grievance Procedures Effective June 2006 | X | | |
| 14. | DHS Treatment and Detention Facility Handbook Effective April 1, 2010 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 4 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 15. | Employment Contracts between Dr. Mitchell and Addus | No objection to the extent these are the agreements included in Mitchell Dep. Exhibits 3 and 4. | | No specific document identified |
| 16. | Contracts between Addus and DHS | No objection to extent only the Addus Contract for Purchase of Services marked ADDUS000093-ADDUS000161 is used. | | No specific document identified |
| 17. | Employment Contracts between Dr. Mitchell and Wexford | No objection to the extent these are the agreements included in Mitchell Dep. Exhibit 6. | | No specific document identified |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 5 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 18. | Contracts between Wexford and DHS | | | No specific document identified |
| 19. | Wexford employment advertisements | | | No specific document identified; if these are Shulman Dep. Exhibits 3 and 4, then 402, 403 (See Motion in Limine) |
| 20. | Plaintiff's Affidavits | | | No specific document identified |
| 21. | Plaintiff's Pleadings | | | No specific document identified |
| 22. | Plaintiff's Deposition on March 8, 2010 | | | 402, 403, 802 |
| 23. | Plaintiff's Deposition on January 20, 2015 | | | 402, 403, 404, 608, 609, 802, (*See* Motions in Limine) |

| Case Name: *Smego v. Mitchell* | | Case No: 08-cv-3142 | Page 6 of 10 | |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 24. | Plaintiff's IDOC Handwritten Progress Notes and Typed Version | | | No specific document identified or provided; but anything from IDOC 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 25. | Plaintiff's IDOC Handwritten Dental Chart and Typed Version | | | No specific document identified or provided; but anything from IDOC 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 26. | Plaintiff's IDOC Dental x-rays | | | No specific document identified; but anything from IDOC 402, 403, 404, 608, 609 (*See* Motion in Limine), FRCP 37 |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 7 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 27. | Plaintiff's Sexually Violent Persons Commitment Act Evaluation and Re-Examination  - December 5, 2005 thru June 6, 2014 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 28. | Plaintiff's DHS Plethysmograph Evaluation – October 14, 2008 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 29. | Plaintiff's DHS Entry to Treatment Evaluation – April 24, 2006 | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 30. | Plaintiff's DHS Master Treatment Plan (December 2005 to June 2014) | | | 402, 403, 404, 608, 609 (*See* Motion in Limine) |
| 31. | Plaintiff's DHS Property Records – (December 2005 thru June 2014) | | | No specific document identified; 402, 403 |
| 32. | Plaintiff's DHS Vocational Records – (December 2005 thru June 2014) | | | No specific document identified; 402, 403 |
| 33. | Plaintiff's DHS Movement Summary from (December 2005 thru June 2014) | | | No specific document identified; 402, 403 |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 8 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 34. | Plaintiff's University of Illinois Medical Center Laboratory Results (December 2005 thru June 2014) | | | No specific document identified; 402, 403 |
| 35. | Plaintiff's DHS Resident Statement Account (December 2005 thru June 2014) | | | No specific document identified; 402, 403 |
| 36. | Plaintiff's DHS Handwritten Chronic Clinic Records and Typed Version (December 2005 thru June 2014) | | | No specific document identified or provided |
| 37. | Plaintiff's DHS Authorization for Treatment | | | No specific document identified |
| 38. | Plaintiff's DHS Refusal of Treatment / Non-compliance | | | No specific document identified |
| 39. | DHS Facility Directives | | | No specific document identified |
| 40. | Rule 1006 Summary of Plaintiff's DHS Progress Notes | | | Document not provided |
| 41. | Rule 1006 Summary of Plaintiff's DHS Dental Chart | | | Document not provided |
| 42. | Rule 1006 Summary of Plaintiff's DHS Medication Administration Records | | | Document not provided |
| 43. | Rule 1006 Summary of Plaintiff's DHS PRN Medication Progress Notes | | | Document not provided |

| Case Name: *Smego v. Mitchell* | Case No: 08-cv-3142 | Page 9 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 44. | Rule 1006 Summary of Plaintiff's DHS Therapy Progress Notes | | | Document not provided |
| 45. | Rule 1006 Summary of Plaintiff's DHS Chronic Clinic Notes | | | Document not provided |
| 46. | Rule 1006 Summary of Plaintiff's DHS Property Records | | | Document not provided |
| 47. | Rule 1006 Summary of Plaintiff's DHS Vocational Records | | | Document not provided |
| 48. | Rule 1006 Summary of Plaintiff's IDOC Progress Notes | | | Document not provided |
| 49. | Rule 1006 Summary of Plaintiff's IDOC Dental Chart | | | Document not provided |
| 50. | Rule 1006 Summary of Physician's Orders | | | Document not provided |
| 51. | Rule 1006 Summary of Health Care Requests | | | Document not provided |
| 52. | Rule 1006 Summary of Nursing Assessment | | | Document not provided |
| 53. | Rule 1006 Summary of Physical Examination | | | Document not provided |
| 54. | Dr. John Dovgan Curriculum Vitae | | | 702, 403, 802 and *Daubert* (*See* Motion to Exclude) |

| **Case Name:** *Smego v. Mitchell* | **Case No:** 08-cv-3142 | **Page** 10 of 10 |

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 55. | Dr. John Dovgan Summary Exhibits | | | Document not provided; anything by Dovgan, 702, 403 and *Daubert* (*See* Motion to Exclude) |
| 56. | Dr. Mitchell's Demonstrative Dental Exhibits | | | Document not provided |