140-1524

CONTINENTAL REPORTING SERVICE, INC.          I N V O I C E
TAX ID: 91-1485168
(206) 624-3377 Fax: (206) 623-7228

Send Billing Inquiries to:              Remit Payment to:
500 Union Street, Suite 926             P.O. Box 50245
Seattle, WA  98101                      Bellevue, WA  98015

                                        Invoice No. :     611205
                                        Invoice Date:    4/16/10

     Client ID: 132338
     Robert Vogt, Esq.
     WELDON-LINNE & VOGT
     105 West Madison, Suite 1400
     Chicago IL, 60602 USA

                        Note: Please mail a copy of invoice
                              with payment and include the
                              invoice number from above on
TERMS: DUE UPON RECEIPT               the check.

RE: SMEGO v PHILIPS
No: 093177

DEPONENT NAME                    JOB NO.   TAKEN    CHARGES

RICHARD SMEGO                    158279.1  3/08/2010

Delivery and Handling                                15.00

Transcript, 1 cc                                    271.60

          TOTAL AMOUNT DUE................$      286.60

                                        SEND PAYMENT TO
                                        P.O. BOX 9245
Note:                                   BELLEVUE, WA 9801S

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.

Smego v. Mitchell
GROUP EXHIBIT "C"
VARIOUS INVOICES

1

CONTINENTAL REPORTING SERVICE, INC.
TAX ID: 91-1485168
(206) 624-3377 Fax: (206) 623-7228

Send Billing Inquiries to:
500 Union Street, Suite 926
Seattle, WA 98101

I N V O I C E

Remit Payment to:
P.O. Box 50245
Bellevue, WA 98015

Invoice No. :    611201
Invoice Date:    4/16/10

Client ID: 132338
Robert Vogt, Esq.
WELDON-LINNE & VOGT
105 West Madison, Suite 1400
Chicago IL 60602 USA

Note: Please mail a copy of invoice
with payment and include the
invoice number from above on
the check.

TERMS: DUE UPON RECEIPT

RE: RICHARD SMEGO v CAROL ADAMS
No: 083142

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| RICHARD SMEGO | 158278.1 | 3/08/2010 | |
| Delivery and Handling | | | 15.00 |
| Transcript, 1 cc | | | 490.00 |

TOTAL AMOUNT DUE................$     505.00

SEND PAYMENT TO:
P.O. BOX 50245
BELLEVUE, WA 98015

Note:

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.

*140 - 1524*

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 561255 | 8/13/2014 | 495838 |
| Job Date | Case No. | |
| 6/23/2014 | 09 L 152 | |
| Case Name | | |
| Smego, Richard vs. Mitchell, D.D.S. | | |
| Payment Terms | | |
| Net 30 | | |

Robert Vogt
Weldon·Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

| ORIGINAL TRANSCRIPT IN E-TRAN FORMAT OF: | | | | |
|---|---|---|---|---|
| Sam Lafikes | 26.00 Pages | @ | 3.80 | 98.80 |
| Appearance: 2 Hour Minimum | | | 45.00 | 45.00 |
| Original Exhibits Attached | 0.00 Copies | @ | 0.00 | 0.00 |
| Delivery & Handling | | | 7.50 | 7.50 |
| | TOTAL DUE >>> | | | $151.30 |

Deposition taken in Rushville, IN
Transcript Previously Delivered
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com
E-tran sent on 7/1/14

RECEIVED
AUG 1 8 2014
SCANNED

Tax ID: 362799976

*Please detach bottom portion and return with payment.*

Robert Vogt
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

| Job No. | : 495838 | BU ID | : MCC-APPIL |
|---|---|---|---|
| Case No. | : 09 L 152 | | |
| Case Name | : Smego, Richard vs. Mitchell, D.D.S. | | |

Invoice No. : 561255     Invoice Date : 8/13/2014
Total Due : $ 151.30

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601



**ESQUIRE**

Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*750-1524*

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (866) 437-5009

DREW BALAC ,ESQ.
WELDON-LINNE & VOGT
SUITE 2050
20 SOUTH CLARK STREET
CHICAGO, IL 60603

## Invoice # ESQ217044

| Invoice Date | 11/24/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/24/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/14/2014 | SMEGO VS. MITCHELL | 233828 | 11/20/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 11/14/2014, CAROL VANCE (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 368.75 |
| EXHIBITS | $ 57.50 |
| HANDLING FEE | $ 30.00 |
| | $ 456.25 |

EMAILED

SCANNED

DEC 1 2 2014

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/08/2015** | **$ 456.25** |
| Amount Due After 01/08/2015 | $ 501.88 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA | MasterCard | DISCOVER | [AMEX]

**ESQUIRE**

DREW BALAC ,ESQ.
WELDON-LINNE & VOGT
SUITE 2050
20 SOUTH CLARK STREET
CHICAGO, IL 60603

| Invoice #: | ESQ217044 |
|---|---|
| Payment Due: | 12/24/2014 |
| **Amount Due On/Before 01/08/2015** | **$ 456.25** |
| Amount Due After 01/08/2015 | $ 501.88 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

193 0000217044 11242014 3 000045625 2 12242014 01082015 1 000050188 13

4

*140-1524*





**ESQUIRE**
Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (866) 437-5009

ROBERT VOGT ,ESQ.
WELDON-LINNE & VOGT
SUITE 2050
20 SOUTH CLARK STREET
CHICAGO, IL 60603

**Invoice # ESQ227074**

| Invoice Date | 12/14/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/13/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/25/2014 | SMEGO VS. MITCHELL | 233653 | 12/06/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 11/25/2014, KELLY LAWSHEA (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 330.40 |
| EXHIBITS | $ 7.00 |
| HANDLING FEE | $ 30.00 |
| | $ 367.40 |
| | |
| Services Provided on 11/25/2014, JAQUELINE LAWSHEA-MITCHELL (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,292.00 |
| EXHIBITS | $ 142.30 |
| HANDLING FEE | $ 30.00 |
| | $ 1,464.30 |

RECEIVED
DEC 2 3 2014
SCANNED

EMAILED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/28/2015** | **$ 1,831.70** |
| Amount Due After 01/28/2015 | $ 2,014.87 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  Discover

| | |
|---|---|
| Invoice #: | ESQ227074 |
| Payment Due: | 01/13/2015 |
| **Amount Due On/Before 01/28/2015** | **$ 1,831.70** |
| Amount Due After 01/28/2015 | $ 2,014.87 |

**ESQUIRE**

ROBERT VOGT ,ESQ.
WELDON-LINNE & VOGT
SUITE 2050
20 SOUTH CLARK STREET
CHICAGO, IL 60603

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

193 0000227074 12142014 7 000183170 3 01132015 01282015 0 000201487 80

*140-1524*

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 585545 | 1/29/2015 | 511574 |
| Job Date | Case No. | |
| 1/20/2015 | 09 L 152 | |
| Case Name | | |
| Smego, Richard vs. Mitchell, D.D.S. | | |
| Payment Terms | | |
| Net 30 | | |

Robert Vogt
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

ORIGINAL TRANSCRIPT IN E-TRAN FORMAT OF:

| | | | | |
|---|---|---|---|---|
| Richard Smego | 115.00 Pages | @ | 3.90 | 448.50 |
| Appearance: Hourly | 2.00 Hours | @ | 40.00 | 80.00 |
| EXPEDITED COPY TRANSCRIPT IN E-TRAN FORMAT: | | | | |
| Danielle Walker-Lowe | 89.00 Pages | @ | 2.78 | 247.42 |
| | TOTAL DUE >>> | | | $775.92 |

Deposition taken in Rushville, IL
E-tran sent on 01/23/15.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com
**1.5% Service charge will be added to any unpaid balance after 30 days**

RECEIVED
FEB 0 3 2015
SCANNED

Tax ID: 362799976

*Please detach bottom portion and return with payment.*

Robert Vogt
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

Job No.     : 511574     BU ID    : MCC-AFFIL
Case No.   : 09 L 152
Case Name : Smego, Richard vs. Mitchell, D.D.S.

Invoice No. : 585545     Invoice Date : 1/29/2015
**Total Due  : $ 775.92**

Remit To: McCorkle Litigation Services, Inc.
          200 North LaSalle Street
          Suite 2900
          Chicago, IL 60601

| PAYMENT WITH CREDIT CARD | AMEX | | |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

6

140-1524

# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 587274 | 3/5/2015 | 511531 |
| **Job Date** | | **Case No.** |
| 1/30/2015 | 09 L 152 | |
| **Case Name** | | |
| Smego, Richard vs. Mitchell, D.D.S. | | |
| **Payment Terms** | | |
| Net 30 | | |

Robert Vogt
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Dr. Jay D. Shulman | 228.00 | Pages | @ | 6.80 | 1,550.40 |
| Appearance: Hourly | 4.50 | Hours | @ | 55.00 | 247.50 |
| Original Exhibits Attached | | | | 0.00 | 0.00 |
| Delivery & Handling | | | | 7.50 | 7.50 |
| | | **TOTAL DUE >>>** | | | **$1,805.40** |

Deposition taken in Dallas, TX
E-tran sent on 02/06/15.
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com
**1.5% Service charge will be added to any unpaid balance after 30 days**


MAR 0 0 2015

SCANNED

**Tax ID:** 362799976

---

*Please detach bottom portion and return with payment.*

Job No.      : 511531          BU ID      : MCC-AFFIL
Case No.    : 09 L 152
Case Name : Smego, Richard vs. Mitchell, D.D.S.

Robert Vogt
Weldon-Linne & Vogt
20 South Clark Street
Suite 2050
Chicago, IL 60603

Invoice No. : 587274          Invoice Date : 3/5/2015
**Total Due : $ 1,805.40**

| PAYMENT WITH CREDIT CARD | AMEX | | |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **McCorkle Litigation Services, Inc.**
**200 North LaSalle Street**
**Suite 2900**
**Chicago, IL 60601**

140-1584

# MERRILL
# CORPORATION

**INVOICE**

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 312-386-2000

Weldon Linne & Vogt
20 S Clark St
Suite 2050
Chicago IL 60603-1820

Attn: Bethany Campbell

Invoice #: 1807092
Invoice Date: 11-Mar-2015
Our Order #: 030-CH-024548-02

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |

Terms: Due upon receipt

### Richard Smego vs. Dr. Jaqueline Mitchell
### 08cv3142

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 23-Jan-2015. | | | | |
| **Deponent:** John W. Dovgan, DDS | | | | |
| Deposition (Technical/Expert) Transcript - Copy-Expedited 4 days | 306 | Pg | $5.00 | $1,530.00 |
| Total Transcript CD | 1 | Ea | $45.00 | $45.00 |
| Delivery Rush - Transcript | 1 | Ea | $30.00 | $30.00 |

| | |
|---|---|
| Subtotal: | $1,605.00 |
| Sales Tax | $.00 |
| Total Invoice USD | $1,605.00 |

Service Location:
Chandler AZ

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

RECEIVED
MAR 1 6 2015

REMIT TO:
LegaLink, Inc
PO Box 90473
Chicago, IL 60696-0473

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665381

1 of 1

# MERRILL CORPORATION

**INVOICE**

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 312-386-2000

Weldon Linne & Vogt
20 S Clark St
Suite 2050
Chicago IL 60603-1820

Attn: Robert Vogt

Invoice #: 1811411
Invoice Date: 18-Mar-2015
Our Order #: 030-CH-025863-02

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |

Terms: Due upon receipt

### Richard Smego vs. Dr. Jaqueline Mitchell
### 08cv3142

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 28-Jan-2015 | | | | |
| **Deponent:** Hughes Lochard, M.D. | | | | |
| Deposition (Technical/Expert) Transcript - Copy-Expedited 7 days | 150 | Pg | $2.95 | $442.50 |
| Rough ASCII | 124 | Pg | $1.90 | $235.60 |
| Total Transcript CD | 1 | Ea | $45.00 | $45.00 |
| Total Transcript Archive | 1 | Ea | $7.50 | $7.50 |
| Total Transcript Exhibits | 43 | Pg | $.40 | $17.20 |
| Delivery Rush- Transcript | 1 | Ea | $30.00 | $30.00 |

| | |
|---|---|
| Subtotal: | $777.80 |
| Sales Tax | $.00 |
| Total Invoice USD | $777.80 |

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

MAR 23 2015

REMIT TO:
LegaLink, Inc
PO Box 96473
Chicago, IL 60696-0473

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

1 of 1

y il 5 M n

Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4824120650
Cashier ID: rcornejo
Transaction Date: 05/22/2014
Payer Name: BETHANY CAMPBELL

RECORD RETRIEVAL-SINGLE BOX
For: BETHANY CAMPBELL
Amount: $64.00

CREDIT CARD
Amt Tendered: $64.00

Total Due: $64.00
Total Tendered: $64.00
Change Amt: $0.00

CASE FILE RETRIEVAL
00CV6299

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check

UPS STORE- IL 2
219 S DEARBORN ST 1st 2064
CHICAGO, IL 62684

CARD: XXX-6598

MERCHANT #     XXX XXXXXXX775 901
ST NO.         14400 001 1755471
VIN            05/22/14   13:19
ACCT NO.       XXXXXXXXXXXX6502
CUSTOMER       CLOVER 1102540
INV            01.2
AUTH NO. 7      54654

SALE           4    64.00

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

10

140-1524

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

INVOICE NO: 01103360

**MAKE CHECKS PAYABLE TO:**

Robert P. Vogt
Weldon Linne & Vogt
Suite 2050
20 South Clark Street
Chicago, IL 60603

Phone: (312) 236-5151
FAX: (312) 236-5161

bvogt@wlv-online.com

KATHY J. SULLIVAN, CSR, RPR
United States Court Reporter
600 E. Monroe - Room 324
Springfield, IL 62701

Phone: (217) 492-4810

Tax ID: 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
kathy_sullivan@ilcd.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 02-09-2015 | 02-13-2015 |

Case Style: 06-3142, Richard M. Smego v Carol Adams, et al
Final pre-trail hearing held on February 9, 2015, before Judge Myerscough

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 121 | 4.85 | 586.85 | 121 | 0.90 | 108.90 | | 0.60 | | 695.75 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc. Charges split. (Both parties ordered simultaneously.)

| | |
|---|---|
| MISC. CHARGES: | 347.88 |
| TOTAL: | 347.87 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $347.87 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

(All previous editions of this form are cancelled and should be destroyed)

DATE  2-12-15

11



24050-144400-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.8650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

INVOICE NUMBER

D    28030

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.  S-2050
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422876

| DATE | COURT NO | FILE NO. | CLAIM NO. | RCS REF. |
|------|----------|----------|-----------|----------|
| 6/06/14 | 08-3142 | 140-1524 | | 02194066 |
| | | | | 28030-24050 |

| TYPE OF RECORD OR DOCUMENT | | CODE | AMOUNT |
|---|---|---|---|
| : ILLINOIS DEPARTMENT OF HUMAN SERVICES | | SDQB | 119.75 |
| RUSHVILLE TREATMENT & DETENTION FACILITY | | | |
| RUSHVILLE, IL | | | |
| NAME OF CASE : RE: RICHARD M. SMEGO | | | |
| SMEGO | | | |
| VS.ADAMS, ET AL. | | | |

COMMENTS  :

RECEIVED DIRECT

TOTAL    119.75

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
W SEE COMMENTS



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

D   62430

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

24058-144400-QC

ORDERED BY   MS. BETHANY S. CAMPBELL
SOLD TO      WELDON-LINNE & VOGT
             20 S. CLARK ST.   S-2050
             CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422976

| DATE | COURT NO. | FILE NO. | CLAIM NO. | HCS REF. |
|---|---|---|---|---|
| 12/04/14 | 08 CV 3142 | 140-1524 | | 10234004 62430-24058 |

| | CODE | AMOUNT |
|---|---|---|
| TYPE OF RECORD OR DOCUMENT : ILLINOIS DEPARTMENT OF HUMAN SERVICES RUSHVILLE TREATMENT & DETENTION FACILITY RUSHVILLE, IL | BDBQE | 99.75 |

NAME OF CASE : RE: RICHARD M. SMEGO
              SMEGO
          VS. DR. MITCHELL

COMMENTS :

| | TOTAL | 99.75 |
|---|---|---|

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
F. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINT/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
O. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



24058-144400-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

D   28383

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MS. BETHANY S. CAMPBELL
SOLD TO      WELDON-LINNE & VOGT
             20 S. CLARK ST.  S-2050
             CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422870

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 6/09/14 | 08 CV 03142 | 140-1524 | | 05064095 |
| | | | | 28383-24050 |

| TYPE OF RECORD OR DOCUMENT | : ILLINOIS DEPARTMENT OF | CODE | AMOUNT |
|---|---|---|---|
| | CORRECTIONS | | |
| | SPRINGFIELD, IL | SDCZE | 109.75 |
| NAME OF CASE | : RE: RICHARD SMEGO | | |
| | SMEGO | | |
| | VS DR. MITCHELL | | |

COMMENTS    :
              TWO COPIES REQUESTED

| | |
|---|---|
| TOTAL | 109.75 |

THANK YOU

A. AUTHORIZATION SERVICES        F. FEDERAL EXPRESS           L. LOCATION COPYING        R. SEARCH              W. AUDIO SERVICES
B. SPECIAL SERVICES              G. SPECIAL PICKUP/DELIVERY   M. MICROFILM COPIES        S. SUBPOENA FEE        X. X-RAY SERVICES
C. COPIES                        H. NON COMPLIANCE            N. NO RECORDS              T. TRANSPORTATION      Y. DIGITAL SERVICES
D. SUBPOENA SERVICES             J. BLUEPRINTS/OVERSIZE       P. PHOTOGRAPHS             U. COURT EXHIBITS      Z. DISK COPYING
E. EXPEDITED SERVICES            K. COLOR COPIES              Q. CANCELLED               V. VIDEO SERVICES      * SEE COMMENTS

14

WELDON-LINNE & VOGT
78 SOUTH CLARK, STE. 2050
CHICAGO, IL 60603

BANK OF AMERICA, NA.
67-176(841)

9969

6/18/2014

$ **354.07

PAY TO THE
ORDER OF     State of Illinois

Three Hundred Fifty-Four and 07/100************************************************************************ DOLLARS

State of Illinois

MEMO   Records; 140-1524

⑈"009969⑈ ⑇084301767⑇ 0411409107213⑈"

WELDON-LINNE & VOGT                                                    9969

State of Illinois                                      6/18/2014        354.07

---

Cash - New Account    Records; 140-1524                                354.07

WELDON-LINNE & VOGT                                                    9969

State of Illinois                                      6/18/2014        354.07

PAYMENT
RECORD

Cash - New Account    Records; 140-1524                                354.07

15



24058-144400-QC

## RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6950
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

D   43320

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO
MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.   S-2050
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422576

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS INV. |
|---|---|---|---|---|
| 8/25/14 | 08 CV 03142 | 140-1524 | | 05084095 43320-24058 |

| | CODE | AMOUNT |
|---|---|---|
| TYPE OF RECORD OR DOCUMENT : ILLINOIS DEPARTMENT OF CORRECTIONS SPRINGFIELD, IL | XRH | 39.75 |
| NAME OF CASE : RE: RICHARD SMEGO SMEGO VS.DR. MITCHELL | | |
| COMMENTS : | | |
| | TOTAL | 39.75 |
| | THANK YOU | |

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE    CHICAGO IL 60602-2692    312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**D    61121**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

24058-144400-YS

| ORDERED BY | MS. BETHANY S. CAMPBELL |
| SOLD TO | WELDON-LINNE & VOGT |
| | 20 S. CLARK ST.   S-2050 |
| | CHICAGO, IL 60603 |

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 11/25/14 | 08 CV 3142 | 140-1524 | | 10234004 |
| | | | | 61121-24058 |

| | | | | | CODE | AMOUNT |
|---|---|---|---|---|---|---|

**TYPE OF RECORD
OR DOCUMENT**  : ILLINOIS DEPARTMENT OF
CORRECTIONS
SPRINGFIELD, IL

**NAME OF CASE**  : RE: RICHARD M. SMEGO
SMEGO
VS.DR. MITCHELL

**COMMENTS**  :

SDCLZE    384.50

**TOTAL**    384.50

**THANK YOU**

| A. AUTHORIZATION SERVICES | F. FEDERAL EXPRESS | L. LOCATION COPYING | R. SEARCH | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. SPECIAL PICKUP/DELIVERY | M. MICROFILM COPIES | S. SUBPOENA FEE | X. X-RAY SERVICES |
| C. COPIES | H. NON COMPLIANCE | N. NO RECORDS | T. TRANSPORTATION | Y. DIGITAL SERVICES |
| D. SUBPOENA SERVICES | J. BLUEPRINTS/OVERSIZE | P. PHOTOGRAPHS | U. COURT EXHIBITS | Z. DISK COPYING |
| E. EXPEDITED SERVICES | K. COLOR COPIES | Q. CANCELLED | V. VIDEO SERVICE | * SEE COMMENTS |



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE    CHICAGO IL 60602-2692    312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

D    69729

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

24058-144400-DC

ORDERED BY    MS. BETHANY S. CAMPBELL
SOLD TO       WELDON-LINNE & VOGT
              20 S. CLARK ST.   S-2050
              CHICAGO, ·IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 1/15/15 | 08 CV 3142 | 140-1524 | | 10234004 |
| | | | | 69729-24058 |

| | | | | CODE | AMOUNT |
|---|---|---|---|---|---|
| TYPE OF RECORD OR DOCUMENT : ILLINOIS DEPARTMENT OF CORRECTIONS SPRINGFIELD, IL | | | | CLZ | 161.35 |
| NAME OF CASE : RE: RICHARD M. SMEGO SMEGO VS.DR. MITCHELL | | | | | |
| COMMENTS : ADDITIONAL RECORDS | | | | | |
| | | | | TOTAL | 161.35 |
| | | | | | THANK YOU |

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
+ SEE COMMENTS

# CASE SETTLED

_____

_____

_____

_____

_____

_____


24058-144400



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

INVOICE NUMBER

D  78840

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.   S-2050
CHICAGO, IL 60603

QC

TERMS NET 90 DAYS
FED. I.D. # 36-2422878

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 3/06/15 | 08 CV 3142 | 140-1524 | | 10234004 |
| | | | | 78840-24058 |

| TYPE OF RECORD OR DOCUMENT | : ILLINOIS DEPARTMENT OF HUMAN SERVICES | CODE | AMOUNT |
|---|---|---|---|
| | RUSHVILLE TREATMENT & DETENTION FACILITY | RBQ | 49.75 |
| | RUSHVILLE, IL | | |
| NAME OF CASE | : RE: RICHARD M. SMEGO | | |
| | SMEGO | | |
| | VS, DR. MITCHELL | | |
| | | | |
| COMMENTS | : | | |

| | TOTAL | 49.75 |
|---|---|---|
| | | THANK YOU |

| A. AUTHORIZATION SERVICES | F. FEDERAL EXPRESS | L. LOCATION COPYING | R. SEARCH | W. AUDIO SERVICES |
|---|---|---|---|---|
| B. SPECIAL SERVICES | G. SPECIAL PICKUP/DELIVERY | M. MICROFILM COPIES | S. SUBPOENA FEE | X. X-RAY SERVICES |
| C. COPIES | H. NON COMPLIANCE | N. NO RECORDS | T. TRANSPORTATION | Y. DIGITAL SERVICES |
| D. SUBPOENA SERVICES | J. BLUEPRINTS/OVERSIZE | P. PHOTOGRAPHS | U. COURT EXHIBITS | Z. DISK COPYING |
| E. EXPEDITED SERVICES | K. COLOR COPIES | Q. CANCELLED | V. VIDEO SERVICES | * SEE COMMENTS |

CARNN

# CASE SETTLED



24058-144400

## RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2892   312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

INVOICE NUMBER

D  77732

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.  S-2050
CHICAGO, IL 60603

QC

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 3/02/15 | 08 CV 3142 | 140-1524 | | 10234004 77732-24058 |

| | | CODE | AMOUNT |
|---|---|---|---|
| TYPE OF RECORD OR DOCUMENT | : ILLINOIS DEPARTMENT OF CORRECTIONS SPRINGFIELD, IL | RX | 99.70 |
| NAME OF CASE | : RE: RICHARD M. SMEGO SMEGO VS.DR. MITCHELL | | |
| COMMENTS | : X-RAY FILMS DUPLICATED ADDITIONAL RECORDS | | |
| | | TOTAL | 99.70 |
| | | | THANK YOU |

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



CRXIX6

## RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6850
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

**D  35960**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

24058-68749

ORDERED BY
SOLD TO

MR. ROBERT P. VOGT/MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.  S-2050
CHICAGO, IL 60603

QC

TERMS NET 90 DAYS
FED. I.D. # 36-2422676

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 7/18/14 | 08 CV 03142 | 140-1524 | | 06044001 35960-24058 |

| TYPE OF RECORD OR DOCUMENT | : | WEXFORD HEALTH SOURCES, INC. | CODE | AMOUNT |
|---|---|---|---|---|
| | | C/O PRENTICE HALL AS REGISTERED AGENT | SDBCZE | 269.75 |
| | | SPRINGFIELD, IL | | |
| NAME OF CASE | : | RE: RICHARD SMEGO | | |
| | | RICHARD M. SMEGO | | |
| | | VS.DR. JACQUELINE MITCHELL | | |

COMMENTS :
TWO COPIES REQUESTED
FEDERAL EXPRESS

| | TOTAL | 269.75 |
|---|---|---|

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES
F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES
L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED
R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES
W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



24058-144400-QC

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6860
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**CD   95249**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. BETHANY S. CAMPBELL
WELDON-LINNE & VOGT
20 S. CLARK ST.   S-2050
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422579

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 12/15/14 | | 140-1524 | | 12124811 |
| | | | | 95249-24058 |

| | | CODE | AMOUNT |
|---|---|------|--------|
| TYPE OF RECORD   :   MEDICAL RECORDS OR DOCUMENT | | CGH | 533.85 |

NAME OF CASE     :     RICHARD N. SMEGO
                              V. JACQUELINE MITCHELL, DDS

COMMENTS          :

| | TOTAL | 533.85 |
|---|-------|--------|

THANK YOU

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES
E. COLLATING

F. STAPLING
G. PUNCHING
H. BINDING
J. FOLDING
K. MICROFILMING

L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS
N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS

Q. AUTO POSITIVES
R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
*. SEE COMMENTS



24058-144400-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

INVOICE NUMBER

CD 92660

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY     MS. BETHANY S. CAMPBELL/ANAL
SOLD TO        WELDON-LINNE & VOGT
               20 S. CLARK ST.  S-2050
               CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422576

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 6/04/14 | | 140-1524 | | 06044808  92660-24050 |

| TYPE OF RECORD : DISKETTE/CD-ROM  OR DOCUMENT | CODE | AMOUNT |
|---|---|---|
| | YC | 147.75 |

NAME OF CASE    :  SMEGO VS. MITCHELL

COMMENTS       :

| | TOTAL | 147.75 |
|---|---|---|

THANK YOU

| | | | | |
|---|---|---|---|---|
| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | O. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | * SEE COMMENTS |



24058-144400-QC

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2502   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CD  92769

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MS. BETHANY S. CAMPBELL
SOLD TO      WELDON-LINNE & VOGT
             20 S. CLARK ST.   S-2050
             CHICAGO, IL 60603

TERMS NET 90 DAYS
FED. I.D. # 36-2422676

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 6/12/14 | | 140-1524 | | 06114606<br>92769-24058 |

| CODE | AMOUNT |
|------|--------|
| | |
| YC | 432.55 |

TYPE OF RECORD  :  DISKETTE/CD-ROM
OR DOCUMENT

NAME OF CASE  :  SMEGO VS. MITCHELL

COMMENTS  :
           COPIES SENT IN ADVANCE

**TOTAL**   432.55

**THANK YOU**

| | | | |
|---|---|---|---|
| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| D. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | * SEE COMMENTS |



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE  CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

24056-144600-DC

**INVOICE NUMBER**

CD   93003

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY  MS. BETHANY S. CAMPBELL
SOLD TO    WELDON-LINEN & VOGT
           20 S. CLARK ST.  S-2050
           CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2432676

| DATE | COURT NO. | FILE NO. | CLAIM NO. | ROS REF. | |
|------|-----------|----------|-----------|----------|---|
| 6/30/14 | | 140-1524 | | 06304803 | |
| | | | | 93003-24056 | |

| | | | | CODE | AMOUNT |
|---|---|---|---|------|--------|
| TYPE OF RECORD : DISKETTE/CD-ROM OR DOCUMENT | | | | YC | 302.60 |
| | | | | | |
| NAME OF CASE : SMEGO VS. MITCHELL | | | | | |
| | | | | | |
| COMMENTS : | | | | | |
| | | | | **TOTAL** | 302.60 |

THANK YOU

| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVE | W. AUDIO SERVICES |
|---|---|---|---|---|
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | * SEE COMMENTS |



24058-134823-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6060
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

INVOICE NUMBER

CD   87676

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. ANGELIQUE HERRERA
WELDON-LINNE & VOGT
20 S. CLARK ST.  S-2050
CHICAGO, IL 60603

FED. I.D. # 36-2422676

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 8/07/13 | 08-3142 | 140-1524 | | 08063821 87676-24058 |

TYPE OF RECORD  : BRIEF
OR DOCUMENT

| CODE | AMOUNT |
|------|--------|
| CGH | 152.13 |

NAME OF CASE  : SMEGO VS. MITCHELL,DDS

COMMENTS :
WHITE COVER

| TOTAL | 152.13 |
|-------|--------|

THANK YOU

| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVER | W. AUDIO SERVICES |
|---|---|---|---|---|
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZED COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHOS | V. VIDEO SERVICES | * SEE COMMENTS |



WELDON-LINNE & VOGT
20 SOUTH CLARK, STE. 2050
CHICAGO, IL 60603

BANK OF AMERICA, NA
07-17/043

9815

4/9/2014

PAY TO THE
ORDER OF ___ Clerk of the US District Court          $ **7.00

Seven and 00/100************************************************************************ DOLLARS

Clerk of the US District Court

MEMO   140-1524; Photocopies

⑈009815⑈ ⑆084301767⑆ 04114091071 3⑈

9815

**WELDON-LINNE & VOGT**

Clerk of the US District Court          4/9/2014          7.00

Cash - New Account     140-1524; Photocopies          7.00

9815

**WELDON-LINNE & VOGT**

Clerk of the US District Court          4/9/2014          7.00

Cash - New Account     140-1524; Photocopies          7.00

BSC

EXPENSE REPORT

Date of Event: 6.19.14

Description of Event: Fed Records

Case Caption: Smego v. Mitchell

W-L & V No: 140-1524

Description: 1.) Copies of fed documents (Court)    Amount $ 17.50

2.)    Amount $

3.)

COURT&ASSOC-IL-P
219 S DEARBORN ST RM 2054
CHICAGO, IL 60604

(312) 435-5601

MERCHANT   1340 000000988881 002
REF. NO.   170001 OCT. 33843642
DATE   06/19/14   11:23
ACCT NO.   X0000000000001022
CUSTOMER   BETHANY CAMPBELL
TYPE   VISA
AUTH NO.   002312

SALE    $ 17.50

SIGNATURE

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Amount $

Expenses on firm charges:    Amount $

Expenses owed to Atty:    Amount $ 17.50

TOTALS $ 17.50

Employee Signature:    Approved by:

28