IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Richard M. Smego, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 08-cv-3142 |
| -vs- ) | |
| ) | (Judge Myerscough) |
| Dr Jacqueline Mitchell, ) | |
| ) | |
| *Defendant*. ) | |

## PETITIONER'S MOTION TO ORDER
## RESPONSE BY PLAINTIFF'S FORMER COUNSEL

Petitioner Dr. Jay Shulman, by counsel, respectfully asks the Court to order plaintiff's former counsel, Brian O'Connor Watson of the law form of Schiff Hardin, to respond to his petition, ECF No. 377, and to defendant's response thereto, ECF No. 378.

Grounds for this motion are as follows:

1. Petitioner filed his petition on July 29, 2015.

2. Defendant filed her response on August 17, 2015, including a host of allegations about oral agreements between defense counsel Robert Vogt and plaintiff's former attorney, Brian O'Connor Watson.

3. Petitioner respectfully suggests that Mr. Watson should have an opportunity to respond to these allegations before the Court rules on this petition.

It is therefore respectfully requested that the Court order plaintiff's former attorney, Brian O'Connor Watson of the law form of Schiff Hardin, to respond to his petition and to defendant's response to the petition.

    Respectfully submitted,

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 08830399
Joel A. Flaxman
200 S. Michigan Ave., Ste 201
Chicago, Illinois 60604
(312) 427-3200
*attorneys for petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Bethany Sue Campbell, Robert L Fanning, Robert P Vogt , Theresa M Powell. And I hereby certify that I have served a copy of the foregoing and copies of ECF No. 377 and ECF No. 378 on

>Brian O'Connor Watson
>Schiff Hardin
>233 S Wacker Dr, Ste 6600
>Chicago, IL 60602

by email to [BWATSON@schiffhardin.com](mailto:BWATSON@schiffhardin.com), and copy by first class mail, postage prepaid, this 18th day of August, 2014.

>/s/ Kenneth N. Flaxman
>Kenneth N. Flaxman
>ARDC No. 08830399
>Joel A. Flaxman
>200 S. Michigan Ave., Ste 201
>Chicago, Illinois 60604
>(312) 427-3200
>*attorneys for petitioner*