# EXHIBIT E

# John W. Dovgan D.D.S.

*Expert Witness Services*
3841 East Thunderbird Suite 101
Phoenix, AZ 85032
Phone 602.867-1993  Fax 602-867-1888

# INVOICE

INVOICE 336
DATE: FEBRUARY 12, 2015

**TO:**
**Weldon-Linne & Vogt**
**20 South Clark Street - Suite 2050**
**Chicago, Illinois 60603**

**FOR:**
Smego v. Mitchell

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Deposition of John W Dovgan, D.D.S. in Phoenix Arizona | 7.0 Hours | $495/Hour | $3,465.00 |
| Meeting with Ms. Bethan Campbell on 1-22-2015, and 1-23-2015 | 1.75 Hours | $300/Hour | $525.00 |
| | | TOTAL | $3,990.00 |

Make all checks payable to John W Dovgan DDS
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**



EXHIBIT NO. 2A

Susan A. Grenz CCR 50720

# John W. Dovgan D.D.S.
*Expert Witness Services*

3841 East Thunderbird Suite #101
Phoenix, AZ 85032
Phone 602.867-1993  Fax 602-867-1888

# INVOICE

INVOICE#386
DATE: FEBRUARY 12, 2015

**TO:**

**Weldon-Linne & Vogt**
**20 South Clark Street - Suite 2050**
**Chicago, Illinois 60603**

**FOR:**

**Smego v. MitchellSecond**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Second Deposition Four Hour Minimum. | 4 Hours | $495/Hour | $1,980 |
| | | TOTAL | $1,980 |

Make all checks payable to John W Dovgan DDS
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**

EXHIBIT NO: 3B

Susan A. Grenz CCR 50720

**John W. Dovgan D.D.S.**
*Expert Witness Services*

3841 East Thunderbird Suite 101
Phoenix, AZ 85032
Phone 602-867-1899  Fax 602-867-1888

# INVOICE

INVOICE #335
DATE: JANUARY 21, 2015

**TO:**

**Weldon-Linne & Vogt**
**20 South Clark Street - Suite 2050**
**Chicago, Illinois 60603**

**FOR:**

Smego v. Mitchell

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Deposition of John W. Dovgan, D.D.S. scheduled of January 30, 2015. Four Hour Minimum. | 4 Hours | 495/Hour | $1,980.00 |

EXHIBIT
D-1

| | | | TOTAL | $1,980.00 |
|---|---|---|---|---|

Make all checks payable to John W Dovgan DDS
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**

# John W. Dovgan D.D.S.
*Expert Witness Services*

# INVOICE

3841 East Thunderbird Suite 101
Phoenix, AZ 85032
Phone 602-867-1899  Fax 602-867-1888

INVOICE #334
DATE: JANUARY 19, 2015

**TO:**

**FOR:**

**Weldon-Linne & Vogt**
**20 South Clark Street - Suite 2050**
**Chicago, Illinois 60603**

Smego v. Mitchell

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Initial phone call from Ms. Campbell | | | |
| Agreement to review case and fee agreement sent by email. | | | |
| Emails printing of entire case. | | | |
| Deposition of Dr. Mitchell. | | | |
| Deposition of Mr. Richard Smego. | | | |
| Deposition of Ms. Lawshea. | | | |
| Wexford Contract. | | | |
| Adduss Healthcare Contract. | | | |
| Mr. Smego's dental chart. | | | |
| Dr. Shulman's expert report. | | | |
| State of Illinois Department of Central Management Services Contract. | | | |
| National Commission on Corrective Healthcare Dental guidelines. | | | |
| Phone calls to Ms. Campbell to discuss case. | | | |
| Emails for work progress and final report. | | | |
| Expert Report by John W. Dovgan, D.D.S. | 41.7 Hours | 300/Hour | $12,510.00 |

EXHIBIT
D-2
ALL-STATE LEGAL®

| | | | | TOTAL | $12,510.00 |
|---|---|---|---|---|---|

Make all checks payable to John W Dovgan DDS
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**